UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
Miami Division

CASE NO. 1:20-CV-24622-MARTINEZ/BECERRA

MARK KUFEL,

    Plaintiff,

vs.

BAPTIST HEALTH SOUTH FLORIDA,
INC., and OB HOSPITALIST GROUP, LLC,

    Defendants.
_____/

### DEFENDANT BAPTIST HEALTH SOUTH FLORIDA, INC.'S <u>RULE 7.1 DISCLOSURE STATEMENT</u>

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Baptist Health South Florida, Inc. hereby states that no publicly held corporation owns 10% or more of its stock. Baptist Health South Florida, Inc. further states that it does not have a parent corporation.

Dated:  January 12, 2021

Respectfully submitted,

FOLEY & LARDNER LLP
Michael P. Matthews
Florida Bar No. 63988
mmatthews@foley.com
Foley & Lardner LLP
100 North Tampa Street, Suite 2700
Tampa, FL 33602-5810
Telephone:  (813) 225-4131

Mark J. Neuberger
Florida Bar No. 982024
mneuberger@foley.com
Angelica L. Novick
Florida Bar No. 105069
anovick@foley.com
Ana Romes
Florida Bar No. 101179

1

2

aromes@foley.com
One Biscayne Tower
2 South Biscayne Boulevard
Suite 1900
Miami, FL 33131
Telephone: (305) 482-8400

By: /s/ *Angelica L. Novick*
    Angelica L. Novick

*Counsel for Defendant Baptist Health South Florida, Inc.*