

# Clinician Handbook



09-17-21, KN

Exhibit 21

DEF 000400

Issued December 2016



## Table of Contents

Clinician Handbook ........................................................................................................... 1

TEAM MEMBER HANDBOOK DISCLAIMER, ACKNOWLEDGMENT AND RECEIPT..... 6

TEAM MEMBER HANDBOOK DISCLAIMER, ACKNOWLEDGMENT AND RECEIPT..... 7

WELCOME ....................................................................................................................... 8

COMPANY HISTORY ...................................................................................................... 9

MISSION .......................................................................................................................... 9

CORE VALUES .............................................................................................................. 10

DIVERSITY .................................................................................................................... 11

    Equal Employment Opportunity Statement ................................................................ 11

    Immigration Law Compliance ...................................................................................... 11

    Americans with Disabilities Act (ADA) and the ADA Amendments Act (ADAAA) ...... 12

    Harassment Policy and Complaint Procedure ............................................................ 12

EMPLOYMENT ............................................................................................................... 16

    Team Member Classification Categories .................................................................... 16

    Background and Reference Checks ............................................................................. 17

    Internal Transfers/Promotions .................................................................................... 17

    Employment of Relatives and Personal Relationships ................................................ 18

    Disciplinary Policy ....................................................................................................... 19

    Separation of Employment .......................................................................................... 22

WORKPLACE SAFETY ................................................................................................... 24

    Safety Guidelines ........................................................................................................ 24

    Drug-Free Workplace .................................................................................................. 24

    Team Member Assistance and Drug-Free Awareness ................................................ 24

    Work Rules .................................................................................................................. 25

    Required Testing ......................................................................................................... 25



Consequences .................................................................................................. 26

Confidentiality ................................................................................................. 26

Inspections ...................................................................................................... 26

Crimes Involving Drugs ..................................................................................... 26

Workplace Bullying ........................................................................................... 27

Violence in the Workplace ................................................................................ 27

Smoke-Free Workplace ..................................................................................... 28

WORKPLACE EXPECTATIONS ................................................................................... 29

Confidentiality ................................................................................................. 29

Job Duties ........................................................................................................ 29

Workplace Etiquette ......................................................................................... 29

Team Member Conduct and Work Rules ............................................................ 30

Communication ................................................................................................ 30

Training ........................................................................................................... 30

Team Member Personnel Files .......................................................................... 31

Conflicts of Interest .......................................................................................... 31

Outside Employment ........................................................................................ 32

Attendance and Punctuality ............................................................................. 32

Attire and Grooming ........................................................................................ 33

Electronic Communication and Internet Use ...................................................... 33

Right to Monitor .............................................................................................. 34

Encryption ....................................................................................................... 34

Social Media .................................................................................................... 35

Solicitations, Distributions and Posting of Materials .......................................... 36

COMPENSATION ..................................................................................................... 36

Salary Review ................................................................................................... 36

**This is not an employment contract and does not alter your at-will employment status.**

DEF 000402



Time Reporting .................................................................................................. 37

Payment of Wages ............................................................................................ 37

Overtime Pay (Non-Exempt Team Members) ................................................... 38

Pay Deductions ................................................................................................. 38

Team Member Travel and Reimbursement ...................................................... 39

TIME OFF/LEAVES OF ABSENCE .................................................................. 39

Paid Sick Leave ................................................................................................ 39

Military/Uniformed Service Leave of Absence ................................................. 39

Leave of Absence ............................................................................................. 40

Bereavement Leave .......................................................................................... 40

Jury Duty .......................................................................................................... 40

Witness Duty .................................................................................................... 40

Voting Leave ..................................................................................................... 41

Lactation/Breastfeeding ................................................................................... 41

BENEFITS ........................................................................................................ 41

Benefit Summary .............................................................................................. 41

COBRA .............................................................................................................. 42

401(k) Plan ....................................................................................................... 42

Workers' Compensation Benefits ..................................................................... 42

Team Member Assistance Program (EAP) ........................................................ 42

TACOMA PAID SICK LEAVE ADDENDUM TO CLINICIAN HANDBOOK ...................... 44

ALASKA ADDENDUM TO CLINICIAN HANDBOOK ....................................... 46

ARIZONA ADDENDUM TO CLINICIAN HANDBOOK ...................................... 47

ARKANSAS ADDENDUM TO CLINICIAN HANDBOOK .................................. 49

COLORADO ADDENDUM TO CLINICIAN HANDBOOK .................................. 51

DELAWARE ADDENDUM TO CLINICIAN HANDBOOK .................................. 54

**This is not an employment contract and does not alter your at-will employment status.**

DEF 000403



FLORIDA ADDENDUM TO CLINICIAN HANDBOOK ......................................................... 55

ILLINOIS ADDENDUM TO CLINICIAN HANDBOOK........................................................ 57

INDIANA ADDENDUM TO CLINICIAN HANDBOOK ....................................................... 63

IOWA ADDENDUM TO CLINICIAN HANDBOOK.............................................................. 66

KENTUCKY ADDENDUM TO CLINICIAN HANDBOOK.................................................... 68

LOUISIANA ADDENDUM TO CLINICIAN HANDBOOK..................................................... 71

MICHIGAN ADDENDUM TO CLINICIAN HANDBOOK ..................................................... 73

MISSISSIPPI ADDENDUM TO CLINICIAN HANDBOOK .................................................. 75

MISSOURI ADDENDUM TO CLINICIAN HANDBOOK ...................................................... 76

NEBRASKA ADDENDUM TO CLINICIAN HANDBOOK .................................................... 77

NEW JERSEY ADDENDUM TO CLINICIAN HANDBOOK ................................................ 79

NEW YORK ADDENDUM TO CLINICIAN HANDBOOK .................................................... 89

NORTH CAROLINA ADDENDUM TO CLINICIAN HANDBOOK ....................................... 91

TENNESSEE ADDENDUM TO CLINICIAN HANDBOOK ................................................... 92

VIRGINIA ADDENDUM TO CLINICIAN HANDBOOK ....................................................... 94

DEF 000404



# TEAM MEMBER HANDBOOK DISCLAIMER, ACKNOWLEDGMENT AND RECEIPT

I HAVE ENTERED INTO MY EMPLOYMENT RELATIONSHIP WITH OB HOSPITALIST GROUP ("COMPANY") VOLUNTARILY AND ACKNOWLEDGE THAT THERE IS NO SPECIFIED LENGTH OF EMPLOYMENT. I UNDERSTAND AND AGREE THAT NOTHING IN THE CLINICIAL HANDBOOK CREATES, OR IS INTENDED TO CREATE, A PROMISE OR REPRESENTATION OF CONTINUED EMPLOYMENT AND THAT EMPLOYMENT AT OB HOSPITALIST GROUP IS EMPLOYMENT AT WILL, WHICH MAY BE TERMINATED AT THE WILL OF EITHER OB HOSPITALIST GROUP OR THE TEAM MEMBER. FURTHERMORE, I ACKNOWLEDGE THAT THIS HANDBOOK IS NEITHER A CONTRACT OF EMPLOYMENT NOR A LEGAL DOCUMENT. I UNDERSTAND AND AGREE THAT EMPLOYMENT AND COMPENSATION MAY BE TERMINATED WITH OR WITHOUT CAUSE AND WITH OR WITHOUT NOTICE AT ANY TIME BY OB HOSPITALIST GROUP OR THE TEAM MEMBER.

I UNDERSTAND AND AGREE THAT THE EMPLOYMENT-AT-WILL STATUS OF EACH TEAM MEMBER CANNOT BE ALTERED BY ANY ORAL STATEMENT OR ALLEGED ORAL AGREEMENT. IT CAN ONLY BE CHANGED BY A LEGALLY-BINDING, WRITTEN CONTRACT COVERING EMPLOYMENT STATUS THAT IS SIGNED BY A REPRESENTATIVE OF OB HOSPITALIST GROUP WHO HAS ACTUAL AND EXPRESS AUTHORITY TO ENTER INTO SUCH A CONTRACT.

THE CLINICIAN HANDBOOK DESCRIBES IMPORTANT INFORMATION ABOUT OB HOSPITALIST GROUP, AND I UNDERSTAND THESE POLICIES ARE NOT INTENDED TO BE ALL-INCLUSIVE.  I UNDERSTAND THAT I SHOULD CONSULT MY PHYSICIAN ENGAGEMENT LIAISON, THE PHYSICIAN ENGAGEMENT MANAGER, OR THE MEDICAL DIRECTOR OF OPERATIONS REGARDING ANY QUESTIONS NOT ANSWERED IN THE HANDBOOK.

THIS HANDBOOK AND THE POLICIES AND PROCEDURES CONTAINED HEREIN SUPERSEDE ANY AND ALL PRIOR PRACTICES, ORAL OR WRITTEN REPRESENTATIONS, OR STATEMENTS REGARDING THE TERMS AND CONDITIONS OF MY EMPLOYMENT WITH OB HOSPITALIST GROUP (EXCEPTING A WRITTEN CONTRACT COVERING EMPLOYMENT STATUS THAT HAS BEEN SIGNED BY A REPRESENTATIVE OF OB HOSPITALIST GROUP WHO HAS ACTUAL AND EXPRESS AUTHORITY TO ENTER INTO SUCH A CONTRACT). BY DISTRIBUTING THIS HANDBOOK, OB HOSPITALIST GROUP EXPRESSLY REVOKES ANY AND ALL PREVIOUS POLICIES AND/OR PROCEDURES THAT ARE INCONSISTENT WITH THOSE CONTAINED HEREIN.

I UNDERSTAND THAT, EXCEPT FOR EMPLOYMENT-AT-WILL STATUS, ANY AND ALL POLICIES AND PRACTICES MAY BE CHANGED AT ANY TIME BY OB HOSPITALIST GROUP. ALL SUCH CHANGES WILL BE COMMUNICATED THROUGH OFFICIAL NOTICES, AND I UNDERSTAND THAT REVISED INFORMATION MAY SUPERSEDE, MODIFY OR ELIMINATE EXISTING POLICIES. ONLY THE CEO OF OB HOSPITALIST GROUP HAS THE ABILITY TO ADOPT ANY REVISIONS TO THE POLICIES IN THIS HANDBOOK.

ANY DEVIATION FROM THE POLICIES AND/OR PRACTICES STATED IN THIS HANDBOOK IS WITHIN THE SOLE DISCRETION OF OB HOSPITALIST GROUP AND SHALL NOT BE CONSTRUED TO CONSTITUTE PRECEDENT THAT WOULD AFFECT ANY FUTURE ACTION, NOR SHALL ANY SUCH DEVIATION ALTER THE EMPLOYMENT AT WILL RELATIONSHIP. SHOULD ANY APPLICABLE LOCAL, STATE OR FEDERAL LAW OR JUDICIAL DECISION RENDER ANY OF OB HOSPITALIST GROUP'S POLICIES OR PRACTICES INVALID OR INOPERATIVE, IT SHALL NOT INVALIDATE ANY OTHER OF OB HOSPITALIST GROUP'S PERSONNEL POLICIES OR PRACTICES. THE POLICIES AND PRACTICES DESCRIBED IN THIS HANDBOOK ARE DESIGNED TO BE IN COMPLIANCE WITH APPLICABLE LAW. IF ANY SUCH POLICY OR PRACTICE IS NOT IN COMPLIANCE, THEN IT IS THE POLICY OF OB HOSPITALIST GROUP TO COMPLY WITH APPLICABLE LAW.

I HAVE RECEIVED A COPY OF OB HOSPITALIST GROUP'S CLINICIAN HANDBOOK ON THE DATE LISTED BELOW. I UNDERSTAND THAT I AM EXPECTED TO READ THE ENTIRE HANDBOOK AND TO DIRECT ANY QUESTIONS I HAVE REGARDING THIS HANDBOOK TO MY PHYSICIAN ENGAGEMENT LIAISON, THE PHYSICIAN ENGAGEMENT MANAGER, OR THE MEDICAL DIRECTOR OF OPERATIONS. I ACKNOWLEDGE THAT THIS DISCLAIMER IS ON THE FIRST PAGE OF THE HANDBOOK AND THAT I HAVE READ AND UNDERSTAND THIS DISCLAIMER.  ADDITIONALLY, I WILL SIGN THE TWO COPIES OF THIS ACKNOWLEDGMENT OF RECEIPT, RETAIN ONE COPY FOR MYSELF, AND RETURN ONE COPY TO OB HOSPITALIST GROUP TO BE RETAINED IN MY PERSONNEL FILE.

| | | |
|---|---|---|
| _____ | _____ | _____ |
| TEAM MEMBER'S SIGNATURE | TEAM MEMBER'S NAME (PRINT) | DATE |

TO BE SIGNED AND RETAINED IN THE HANDBOOK

**This is not an employment contract and does not alter your at-will employment status.**

DEF 000405



# TEAM MEMBER HANDBOOK DISCLAIMER, ACKNOWLEDGMENT AND RECEIPT

I HAVE ENTERED INTO MY EMPLOYMENT RELATIONSHIP WITH OB HOSPITALIST GROUP ("COMPANY") VOLUNTARILY AND ACKNOWLEDGE THAT THERE IS NO SPECIFIED LENGTH OF EMPLOYMENT. I UNDERSTAND AND AGREE THAT NOTHING IN THE CLINICIAN HANDBOOK CREATES, OR IS INTENDED TO CREATE, A PROMISE OR REPRESENTATION OF CONTINUED EMPLOYMENT AND THAT EMPLOYMENT AT OB HOSPITALIST GROUP IS EMPLOYMENT AT WILL, WHICH MAY BE TERMINATED AT THE WILL OF EITHER OB HOSPITALIST GROUP OR THE TEAM MEMBER. FURTHERMORE, I ACKNOWLEDGE THAT THIS HANDBOOK IS NEITHER A CONTRACT OF EMPLOYMENT NOR A LEGAL DOCUMENT. I UNDERSTAND AND AGREE THAT EMPLOYMENT AND COMPENSATION MAY BE TERMINATED WITH OR WITHOUT CAUSE AND WITH OR WITHOUT NOTICE AT ANY TIME BY OB HOSPITALIST GROUP OR THE TEAM MEMBER.

I UNDERSTAND AND AGREE THAT THE EMPLOYMENT-AT-WILL STATUS OF EACH TEAM MEMBER CANNOT BE ALTERED BY ANY ORAL STATEMENT OR ALLEGED ORAL AGREEMENT. IT CAN ONLY BE CHANGED BY A LEGALLY-BINDING, WRITTEN CONTRACT COVERING EMPLOYMENT STATUS THAT IS SIGNED BY A REPRESENTATIVE OF OB HOSPITALIST GROUP WHO HAS ACTUAL AND EXPRESS AUTHORITY TO ENTER INTO SUCH A CONTRACT.

THE CLINICIAN HANDBOOK DESCRIBES IMPORTANT INFORMATION ABOUT OB HOSPITALIST GROUP, AND I UNDERSTAND THESE POLICIES ARE NOT INTENDED TO BE ALL-INCLUSIVE. I UNDERSTAND THAT I SHOULD CONSULT MY PHYSICIAN ENGAGEMENT LIAISON, THE PHYSICIAN ENGAGEMENT MANAGER, OR THE MEDICAL DIRECTOR OF OPERATIONS REGARDING ANY QUESTIONS NOT ANSWERED IN THE HANDBOOK.

THIS HANDBOOK AND THE POLICIES AND PROCEDURES CONTAINED HEREIN SUPERSEDE ANY AND ALL PRIOR PRACTICES, ORAL OR WRITTEN REPRESENTATIONS, OR STATEMENTS REGARDING THE TERMS AND CONDITIONS OF MY EMPLOYMENT WITH OB HOSPITALIST GROUP (EXCEPTING A WRITTEN CONTRACT COVERING EMPLOYMENT STATUS THAT HAS BEEN SIGNED BY A REPRESENTATIVE OF OB HOSPITALIST GROUP WHO HAS ACTUAL AND EXPRESS AUTHORITY TO ENTER INTO SUCH A CONTRACT). BY DISTRIBUTING THIS HANDBOOK, OB HOSPITALIST GROUP EXPRESSLY REVOKES ANY AND ALL PREVIOUS POLICIES AND/OR PROCEDURES THAT ARE INCONSISTENT WITH THOSE CONTAINED HEREIN.

I UNDERSTAND THAT, EXCEPT FOR EMPLOYMENT-AT-WILL STATUS, ANY AND ALL POLICIES AND PRACTICES MAY BE CHANGED AT ANY TIME BY OB HOSPITALIST GROUP. ALL SUCH CHANGES WILL BE COMMUNICATED THROUGH OFFICIAL NOTICES, AND I UNDERSTAND THAT REVISED INFORMATION MAY SUPERSEDE, MODIFY OR ELIMINATE EXISTING POLICIES. ONLY THE CEO OF OB HOSPITALIST GROUP HAS THE ABILITY TO ADOPT ANY REVISIONS TO THE POLICIES IN THIS HANDBOOK.

ANY DEVIATION FROM THE POLICIES AND/OR PRACTICES STATED IN THIS HANDBOOK IS WITHIN THE SOLE DISCRETION OF OB HOSPITALIST GROUP AND SHALL NOT BE CONSTRUED TO CONSTITUTE PRECEDENT THAT WOULD AFFECT ANY FUTURE ACTION, NOR SHALL ANY SUCH DEVIATION ALTER THE EMPLOYMENT AT WILL RELATIONSHIP. SHOULD ANY APPLICABLE LOCAL, STATE OR FEDERAL LAW OR JUDICIAL DECISION RENDER ANY OF OB HOSPITALIST GROUP'S POLICIES OR PRACTICES INVALID OR INOPERATIVE, IT SHALL NOT INVALIDATE ANY OTHER OF OB HOSPITALIST GROUP'S PERSONNEL POLICIES OR PRACTICES. THE POLICIES AND PRACTICES DESCRIBED IN THIS HANDBOOK ARE DESIGNED TO BE IN COMPLIANCE WITH APPLICABLE LAW. IF ANY SUCH POLICY OR PRACTICE IS NOT IN COMPLIANCE, THEN IT IS THE POLICY OF OB HOSPITALIST GROUP TO COMPLY WITH APPLICABLE LAW.

I HAVE RECEIVED A COPY OF OB HOSPITALIST GROUP'S CLINICIAN HANDBOOK ON THE DATE LISTED BELOW. I UNDERSTAND THAT I AM EXPECTED TO READ THE ENTIRE HANDBOOK AND TO DIRECT ANY QUESTIONS I HAVE REGARDING THIS HANDBOOK TO MY PHYSICIAN ENGAGEMENT LIAISON, THE PHYSICIAN ENGAGEMENT MANAGER, OR THE MEDICAL DIRECTOR OF OPERATIONS. I ACKNOWLEDGE THAT THIS DISCLAIMER IS ON THE FIRST PAGE OF THE HANDBOOK AND THAT I HAVE READ AND UNDERSTAND THIS DISCLAIMER. ADDITIONALLY, I WILL SIGN THE TWO COPIES OF THIS ACKNOWLEDGMENT OF RECEIPT, RETAIN ONE COPY FOR MYSELF, AND RETURN ONE COPY TO OB HOSPITALIST GROUP TO BE RETAINED IN MY PERSONNEL FILE.

| | | |
|---|---|---|
| _____ | _____ | _____ |
| TEAM MEMBER'S SIGNATURE | TEAM MEMBER'S NAME (PRINT) | DATE |

TO BE SIGNED AND RETAINED IN THE TEAM MEMBER'S PERSONNEL FILE

**This is not an employment contract and does not alter your at-will employment status.**

DEF 000406



# WELCOME

Whether you have just joined our staff or have been at Ob Hospitalist Group for a while, we are confident that you will find our company a dynamic and rewarding place in which to work, and we look forward to a productive and successful association. We consider the team members of Ob Hospitalist Group to be one of our most valuable resources.

The Physician Engagement Team is structured to provide a full range of services, including benefits administration, recruiting and placement, classification and compensation, team member development, and team member relations concerns.

This Handbook has been written to serve as the guide for the employer/team member relationship. The policies, benefits and services detailed herein reflect a concern not only for the well-being but also for the personal growth and development of all members of Ob Hospitalist Group.

While the Handbook provides important information relative to aspects of your employment at Ob Hospitalist Group, it cannot be used as the basis for all decisions. I encourage you to consult your Physician Engagement Liaison or the Physician Engagement Manager with any questions or concerns regarding this handbook or your employment at Ob Hospitalist Group.

Sincerely,

Julie Robinson
Manager, Physician Engagement



**This is not an employment contract and does not alter your at-will employment status.**
**Page 8 of 95**

DEF 000407



# COMPANY HISTORY

Ob Hospitalist Group began in 2006 with a vision to *Elevate Women's Healthcare* by making certain every expectant mother was afforded consistent, unconditional, quality medical care by a provider when presented to the Labor and Delivery department. The concept seemed simple, but the challenge was daunting. At the time, nearly every known laborist model in the United States was associated with very large teaching hospitals and dependent upon outside funding. Defining and creating a financially viable model beyond a typical laborist program became the passion for our founder, Dr. Chris Swain.

Dr. Chris Swain began his work in Kissimmee, Florida. In collaboration with a national hospital management company, hospital staff and private providers, Dr. Swain developed the concepts, policies and procedures for the first Ob Hospitalist Group program and our first Obstetric Emergency Department (OBED). These early experiences and lessons proved invaluable as they ultimately resulted in the development of a financially viable solution.

Today, Ob Hospitalist Group is the single largest dedicated OB/GYN hospitalist provider.

# MISSION

Ob Hospitalist Group's mission is to elevate the quality and availability of obstetric care to expectant mothers by providing in-house, Board Certified OB/GYN hospitalist support to our hospital partners 24 hours a day, 365 days a year.

Our team of dedicated professionals serve sacrificially to save lives, improve patient outcomes, relieve and support medical staff, and to promote evidence-based best practices and clinical excellence. We lead the healthcare industry in the development and management of comprehensive solutions that:

- Reflect our passion for people and our desire to serve
- Employ qualified and mission-focused team members
- Demonstrate principled leadership and professionalism
- Support hospital goals and program objectives
- Achieve financial and operational expectations of stakeholders
- Engage reliable and highly-effective support services

DEF 000408



# CORE VALUES

Ob Hospitalist Group's passion to elevate the standard of women's healthcare is energized and shaped by the core values we embrace. They guide our decisions and provide direction for the work we do. They are the heart of our team, the character of our company and the legacy of our future. While our industry and our business are forever evolving, we will remain rooted in the values that drive us.

### Passion for People
We place genuine concern and compassion for people at the heart of every decision and every action.

### Delivering Excellence
We remain steadfast and united in our pursuit of the highest achievable standards of quality and professionalism in every aspect of our life-saving, life-changing enterprise.

### Genuine Service
We serve intentionally, sincerely, and joyfully with humility. We are sensitive to one another's needs and every individual is extended grace and kindness, regardless of circumstance.

### Principled Leadership
We embrace our leadership position, relying upon clear and uncompromised values, principles and honor to direct our paths. We utilize our knowledge, talents and experience to be good stewards of the responsibility with which we all have been entrusted.

### Uncompromised Integrity
Our actions and words reflect our strong moral and ethical character.

DEF 000409



# DIVERSITY

### *Equal Employment Opportunity Statement*

Ob Hospitalist Group ("Company") provides equal employment opportunities (EEO) to all team members and applicants for employment without regard to sex (including pregnancy, childbirth, breastfeeding or related medical conditions), race, religion (including religious dress and grooming practices), color, gender, national origin, ancestry, physical or mental disability, medical condition, genetic information, marital status, registered domestic partner status, age, sexual orientation, military and veteran status or any other basis protected by applicable federal, state, or local law, ordinance, or regulation. Ob Hospitalist Group complies with applicable federal, state and local laws governing nondiscrimination in employment in every location in which Ob Hospitalist Group operates. This policy applies to all terms and conditions of employment, including hiring, placement, promotion, termination, layoff, recall, transfer, leave of absence, compensation, and training.

Ob Hospitalist Group expressly prohibits any form of unlawful team member discrimination or harassment based on sex (including pregnancy, childbirth, breastfeeding or related medical conditions), race, religion (including religious dress and grooming practices), color, gender, national origin, ancestry, physical or mental disability, medical condition, genetic information, marital status, registered domestic partner status, age, sexual orientation, military and veteran status or any other basis protected by applicable federal, state, or local law, ordinance, or regulation. Intentional or unlawful interference with the ability of Ob Hospitalist Group team members to perform their expected job duties is absolutely not tolerated. If you believe that you have been discriminated against at Ob Hospitalist Group because of any of the above-listed protected characteristics, please contact the Manager of Physician Engagement.

### *Immigration Law Compliance*

Under the Immigration and Nationality Act (INA) employers may hire only persons who may legally work in the United States (i.e., citizens and nationals of the U.S.) and aliens authorized to work in the U.S. The employer must verify the identity and employment eligibility of anyone to be hired, which includes completing the Employment Eligibility Verification Form (I-9) and E-Verify.

E-Verify is an electronic program through which Ob Hospitalist Group verifies the employment eligibility of our team members after hire. The program was authorized by the Illegal Immigration Reform and Immigrant Responsibility Act of 1996 (IIRIRA). In short, Ob Hospitalist Group submits information taken from a new team member's Form I-9 through E-Verify to the Social Security Administration and U.S. Citizenship and Immigration Services (USCIS) to determine whether the information matches government records and whether the new team member is authorized to work in the United States.

The INA protects U.S. citizens and aliens authorized to accept employment in the U.S. from discrimination in hiring or termination on the basis of national origin and citizenship status.

DEF 000410



***Americans with Disabilities Act (ADA) and the ADA Amendments Act (ADAAA)***

The Americans with Disabilities Act (ADA), as amended by the Americans with Disabilities Amendments Act (ADAAA), is a federal law that prohibits employers with 15 or more team members from discriminating against applicants and individuals with disabilities. This law requires employers to provide reasonable accommodations to applicants and team members who are qualified for a job, with or without reasonable accommodations, so that they may perform the essential job duties of the position.

It is the policy of Ob Hospitalist Group to comply with all federal, state, and local laws concerning the employment of persons with disabilities and to act in accordance with regulations and guidance issued by the Equal Employment Opportunity Commission (EEOC) and similar administrative agencies. Furthermore, it is Ob Hospitalist Group's policy not to discriminate against qualified individuals with disabilities in regard to application procedures, hiring, advancement, termination, compensation, training or other terms, conditions and privileges of employment. To the extent applicable state or local law creates additional requirements or prohibitions related to disabilities and/or accommodations, Ob Hospitalist Group will comply with such state or local law to the full extent of the law.

Ob Hospitalist Group will reasonably accommodate qualified individuals with a disability so that they can perform the essential functions of a job unless doing so causes a direct threat to these individuals or others in the workplace and the threat cannot be eliminated by reasonable accommodation, and/or if the accommodation creates an undue hardship to Ob Hospitalist Group. Contact the Physician Engagement Team with any questions or requests for accommodation.

### Harassment Policy and Complaint Procedure

#### Purpose

Ob Hospitalist Group ("Company") is an equal opportunity employer. The company is committed to providing a work environment that is free from all forms of harassment, discrimination, retaliation, and other unlawful conduct. Actions, words, jokes, or comments based on sex (including pregnancy, childbirth, breastfeeding or related medical conditions), race, religion (including religious dress and grooming practices), color, gender, national origin, ancestry, physical or mental disability, medical condition, genetic information, marital status, registered domestic partner status, age, sexual orientation, military and veteran status or any other basis protected by applicable federal, state, or local law, ordinance, or regulation will not be tolerated. This policy also prohibits discrimination, harassment, retaliation, and other unlawful conduct based on the perception that anyone has any of the above characteristics, or is associated with a person who has or is perceived as having any of those characteristics. Additionally, this policy prohibits conduct that (1) could be perceived as a violation of this policy, or (2) if continued, could become a violation of this policy.

Conduct in violation of this policy may take place between members of the same protected class (e.g., individuals of the same race or sex engaging in improper or unlawful conduct toward each other), or members of different protected classes (e.g., individuals of different races or of the opposite sex engaging in improper or unlawful conduct toward each other). There is no prototypical victim or perpetrator of improper or unlawful conduct under this policy.

<u>**This is not an employment contract and does not alter your at-will employment status.**</u>

DEF 000411



OBHG provides anti-harassment training in furtherance of its commitment to a work environment free of sexual and other unlawful harassment.

### Harassment Prevention

Ob Hospitalist Group's policy prohibiting harassment applies to all persons involved in the operation of the Company. The Company prohibits unlawful harassment and similar unlawful conduct by any team member of the Company, including supervisors, managers, and co-workers. The Company's anti-harassment policy also applies to vendors, customers, independent contractors, unpaid interns, volunteers, persons providing services pursuant to a contract, and other persons with whom you come into contact while working.

Sexual harassment is defined as unwanted sexual advances, or visual, verbal, or physical conduct of a sexual nature. This definition includes many forms of offensive behavior and includes gender-based harassment of a person of the same sex as the harasser. Prohibited harassment, disrespectful or unprofessional conduct includes, but is not limited to, the following behavior:

- Unwanted sexual advances, invitations, comments, posts, or messages
- Offering employment benefits in exchange for sexual favors
- Threats and demands to submit to sexual requests or sexual advances as a condition of continued employment, or to avoid some other loss
- Making or threatening reprisals after a negative response to sexual advances
- Visual conduct that includes leering, making sexual gestures, or displaying of sexually suggestive objects or pictures, cartoons or posters
- Verbal conduct that includes making or using derogatory comments or jokes, epithets, or slurs
- Verbal sexual advances or propositions
- Verbal abuse of a sexual nature, graphic verbal commentaries about an individual's body, sexually degrading words used to describe an individual, or suggestive or obscene letters, notes, or invitations
- Physical conduct that includes touching, assaulting, or impeding or blocking movements
- Retaliation for reporting or threatening to report harassment
- Communication via electronic media of any type that includes any conduct that is prohibited by state and/or federal law or by company policy

Sexual harassment does not need to be motivated by sexual desire to be unlawful or to violate this policy. For example, hostile acts toward a team member because of his/her gender can amount to sexual harassment, regardless of whether the treatment is motivated by sexual desire.

Unwelcome sexual advances (either verbal or physical), requests for sexual favors, and other verbal or physical conduct of a sexual nature constitute sexual harassment when: (1) submission to such conduct is made either explicitly or implicitly a term or condition of employment; (2) submission or rejection of the conduct is used as a basis for making employment decisions; or, (3) the conduct has the purpose or effect of interfering with work performance or creating an intimidating, hostile, or offensive work environment.

**This is not an employment contract and does not alter your at-will employment status.**

DEF 000412



Prohibited harassment is not just sexual harassment but harassment based on any protected characteristic listed above.

### Non-Discrimination

The Company is committed to compliance with all applicable laws providing equal employment opportunities. This commitment applies to all persons involved in Company operations. The Company prohibits unlawful discrimination against any job applicant, team member, or unpaid intern by any team member of the Company, including supervisors and co-workers.

Pay discrimination between team members of the opposite sex performing substantially similar work as defined by federal law is prohibited.  Pay differentials may be valid in certain situations defined by law. Team members will not be retaliated against for inquiring about or discussing wages. However, the Company is not obligated to disclose the wages of other team members.

### Reasonable Accommodation

Discrimination can also include failing to reasonably accommodate religious practices or qualified individuals with disabilities where the accommodation does not pose an undue hardship or create a direct threat to the individual or others.

To comply with applicable laws ensuring equal employment opportunities to qualified individuals with a disability, the Company will make reasonable accommodations for the known physical or mental limitations of an otherwise qualified individual with a disability who is an applicant or a team member unless undue hardship would result or the accommodation would result in a direct threat to the individual or others.

Any job applicant or team member who requires an accommodation in order to perform the essential functions of the job should contact your Physician Engagement Liaison with day-to-day personnel responsibilities and discuss the need for an accommodation. The Company will engage in an interactive process with the applicant or team member to identify possible accommodations, if any, which will help the applicant or team member perform the job. An applicant, team member, or unpaid intern who requires an accommodation of a religious belief or practice (including religious dress and grooming practices, such as religious clothing or hairstyles) should also contact your Physician Engagement Liaison with day-to-day personnel responsibilities and discuss the need for an accommodation. If there exists an accommodation that is reasonable and will not impose an undue hardship or result in a direct threat to the individual or others, the Company will make an accommodation (but not necessarily the individual's requested or preferred accommodation).

The Company will not retaliate against you for requesting a reasonable accommodation and will not knowingly tolerate or permit retaliation by management, team members, or co-workers.

### Anti-Retaliation

The Company prohibits retaliation against any individual who in good faith reports discrimination or harassment or participates in an investigation of such a report.  The Company will not tolerate or permit such retaliation by management, team members, or co-workers.

**This is not an employment contract and does not alter your at-will employment status.**

DEF 000413



**Complaint Process**

If you believe that you have been subject to (or if you become aware of) harassment, discrimination, retaliation, or other conduct prohibited by this policy, you must immediately report such conduct. Bring your complaint to your Team Lead. If the Team Lead is unavailable or you believe it would be inappropriate to contact (or if you would be uncomfortable contacting) that person, you should immediately contact your:

- Medical Director of Operations
- Physician Engagement Liaison
- Manager, Physician Engagement
- Vice President, Human Resources

You must bring the complaint to any of these individuals immediately after the incident (or, at a minimum, as soon as practicable after the incident). If you need assistance with your complaint, or if you prefer to make a complaint in person, contact any of these individuals. Please provide all known details of the incident or incidents, names of individuals involved, and names of any witnesses. It would be best to communicate your complaint in writing, but this is not mandatory.

The immediate reporting of any incidents of actual or potential harassment, discrimination, retaliation, or other conduct prohibited by this policy is critically important, as such a report is what allows the Company to promptly and thoroughly investigate and resolve the situation.

Supervisors must immediately refer all reports of complaints involving harassment, discrimination, retaliation or other prohibited conduct to the: Medical Director of Operations, Physician Engagement Liaison, Manager of Physician Engagement, or Manager of Physician Engagement of the Company so the Company can promptly and thoroughly investigate and resolve the complaint.

When the Company receives allegations of misconduct, it will immediately undertake a fair, timely, thorough, and objective investigation of the allegations in accordance with all legal requirements. The Company will reach reasonable conclusions based on the evidence collected.

The Company will maintain confidentiality to the extent possible. However, the Company cannot promise complete confidentiality. The employer's duty to investigate and take corrective action may require the disclosure of information to individuals with a need to know.

Complaints will be:

- Responded to in a timely manner
- Kept confidential to the extent possible
- Investigated impartially by qualified personnel in a timely manner
- Documented and tracked for reasonable progress
- Given appropriate options for remedial action and resolution
- Closed in a timely manner

**This is not an employment contract and does not alter your at-will employment status.**

DEF 000414



If the Company determines that harassment, discrimination, retaliation or other prohibited conduct has occurred (including conduct that (1) could be perceived as a violation of the policy, or (2) if continued, could become a violation of the policy), appropriate and effective corrective and remedial action will be taken in accordance with the circumstances involved. These measures may include, but are not limited to: training, counseling, warning, suspension, or immediate dismissal. Anyone, regardless of position or title, found through investigation to have violated this policy may be subject to discipline up to and including discharge. Team members should also know that if they engage in unlawful harassment, they can be held personally liable for the misconduct. The Company will also take appropriate action to deter future misconduct. If the investigation is inconclusive, Ob Hospitalist Group may still provide counseling or take other appropriate steps.

# EMPLOYMENT

### *Team Member Classification Categories*

All team members are designated as either non-exempt or exempt under federal and state wage and hour laws. The following is intended to help team members understand employment classifications and team members' employment status and benefit eligibility. These classifications do not guarantee employment for any specified period of time. The right to terminate the employment-at-will relationship at any time is retained by both the team member and Ob Hospitalist Group.

**Non-exempt team members** are team members whose work is covered by the Fair Labor Standards Act (FLSA) and applicable state law. They are not exempt from the law's requirements concerning minimum wage and overtime.

**Exempt team members** are generally management, professional, administrative, or technical staff who are exempt from the minimum wage and overtime provisions of the FLSA and state law. Exempt team members hold jobs that meet the standards and criteria established under the FLSA by the U.S. Department of Labor.

Ob Hospitalist Group has established the following categories for both non-exempt and exempt team members:

- **Regular, benefit eligible:** Team members who are not in a temporary status and who work a minimum of 120 hours within a 28-day period. Generally, these team members are eligible for the full benefits package, subject to the terms, conditions, and limitations of each benefits program (as described in the applicable plan documents).

- **Regular, non-benefit eligible:** Team members who are not in a temporary status and who work a maximum of 119 hours within a 28-day period. Non-benefit eligible team members will have access to limited benefits offered by Ob Hospitalist Group, subject to the terms, conditions, and limitations of each benefits program (as described in the applicable plan documents).

**This is not an employment contract and does not alter your at-will employment status.**

DEF 000415



- **Contractor and Vendor**: is a person, business, or corporation that provides goods or services to Ob Hospitalist Group under terms specified in a contract and is not considered an Ob Hospitalist Group team member. Contractors and vendors are not eligible for Ob Hospitalist Group's benefits unless specifically stated otherwise in the Company policy or are deemed eligible according to the terms of applicable plan documents.

### Background and Reference Checks

To ensure that individuals who join Ob Hospitalist Group are well qualified and to ensure that Ob Hospitalist Group maintains a safe and productive work environment, it is our policy to conduct pre-employment background checks on all applicants in compliance with federal and state law. Background checks may include verification of any information on the applicant's resume or application form.

All offers of employment are conditioned on receipt of a background check report that is acceptable to Ob Hospitalist Group. All background checks are conducted in conformity with the Federal Fair Credit Reporting Act, the Americans with Disabilities Act, and other applicable federal, state and local laws. Reports are kept confidential and are only viewed by individuals involved in the hiring process.

If information obtained in a background check would lead Ob Hospitalist Group to deny or terminate employment, a copy of the report will be provided to the individual, and the individual will have the opportunity to dispute the report's accuracy and/or provide explanatory information regarding the underlying facts. Background checks may include a criminal record check, but a criminal conviction does not automatically bar an applicant from employment. Ob Hospitalist Group will consider applicants' and team members' criminal convictions on a case-by-case basis to determine (1) whether the conviction is job-related, and (2) whether disqualification of the applicant or termination of the team member based on the conviction is consistent with business necessity.

Ob Hospitalist Group also reserves the right to conduct background checks on current team members in accordance with applicable law to determine eligibility for promotion or reassignment in the same manner as described above.

### Internal Transfers/Promotions

Team members with more than 18 months of service at their hospital program may request consideration to transfer to other jobs as vacancies become available and will be considered along with other applicants. At the same time, Ob Hospitalist Group may initiate transfers of team members between departments and facilities to meet specified work requirements and reassignment of work requirements. Contact a Physician Placement Coordinator for current job openings. Inquiries are kept confidential.

The transfer may only be considered if: (1(a)) the provider's current hospital has adequate staffing to cover the schedule in the absence of the transferring provider, or (1(b)) a replacement provider has been identified, privileged, and included in the schedule; and (2) there exists an available or imminent job vacancy at the hospital to which the provider seeks to transfer. Please refer to the Hospital Transfer Policy for more details.

**This is not an employment contract and does not alter your at-will employment status.**

DEF 000416



To be considered, team members must have held their current position for at least 18 months, have a satisfactory performance record and have no active disciplinary actions.

Team members who are interested in transferring to another program within Ob Hospitalist Group should complete a Job Transfer Request Form, which requires the signature of the provider's Team Lead, and submit it to the Physician Engagement Team. These forms are available through your Physician Engagement Liaison or Physician Placement Coordinator.  The Physician Engagement Liaison or Physician Placement Coordinator will provide information regarding next steps of the process.

The Review Panel Committee will review/screen all submitted resumes, and qualified candidates will be referred to the hiring manager/supervisor. Team members not selected for continuation in the selection process will be notified by the Physician Placement Coordinator at the conclusion of the Review Panel process.

Candidates will be evaluated based upon their qualifications for the job being filled without regard to sex (including pregnancy, childbirth, breastfeeding or related medical conditions), race, religion (including religious dress and grooming practices), color, gender, national origin, ancestry, physical or mental disability, medical condition, genetic information, marital status, registered domestic partner status, age, sexual orientation, military and veteran status or any other basis protected by applicable federal, state, or local law, ordinance, or regulation Consideration will be based upon experience, past performance, competencies, credentials and overall good standing in current position (as stated in the eligibility requirements).

The team member will be notified if he or she is selected for an interview and if he or she is selected for the new position by a Physician Placement Coordinator.

Ob Hospitalist Group offers team members promotions when appropriate. Management prefers to promote from within and may first consider current team members with the necessary qualifications and skills to fill vacancies above the entry level, unless outside recruitment is considered to be in Ob Hospitalist Group's best interest.

Management retains the discretion to make exceptions to the Internal Transfer/Promotions policy.

### *Employment of Relatives and Personal Relationships*

Ob Hospitalist Group wants to ensure that corporate practices do not create situations such as conflicts of interest or favoritism. This extends to practices that involve team member hiring, promotion and transfer. Close relatives, partners, those in a dating relationship, or members of the same household are not permitted to be in positions that have a reporting responsibility to each other. Close relatives are defined as husband, wife, domestic partner, father, mother, father-in-law, mother-in-law, grandfather, grandmother, son, son-in-law, daughter, daughter-in law, uncle, aunt, nephew, niece, brother, sister, brother-in-law, sister-in-law, step relatives, cousins and domestic partner relatives.

**This is not an employment contract and does not alter your at-will employment status.**

DEF 000417



If team members begin a dating relationship or become close relatives (as defined above), partners, or members of the same household and if one party is in a managerial position, the team members are required to inform the Physician Engagement Team of the relationship.

If a relative relationship or dating relationship is established between team members who are in a direct reporting situation, the individuals concerned, along with management, will decide if there is an available and appropriate position to which one of the individuals may be transferred or, if necessary, who is to be terminated from employment.

It is considered a conflict of interest for a team member to be a close relative or in a close, personal relationship with a member of the Human Resources or Finance Departments.

Ob Hospitalist Group reserves the right to apply this policy to situations where there is a conflict or the potential for conflict because of the relationship between team members, even if there is no direct-reporting relationship or authority involved.

### *Disciplinary Policy*

Ob Hospitalist Group has a commitment to excellence in all we do, and we depend on the team members of Ob Hospitalist Group to uphold the highest professional standards. We strive for an environment that upholds our Core Values.

Issues of poor performance or misconduct, however, compromise both the individual and the organization. For this reason, Ob Hospitalist Group expects performance and professional conduct to meet high standards at all times. Performance or conduct issues that arise will generally be addressed through a process of performance improvement counseling and disciplinary action. Our disciplinary policy has been designed consistent with our organizational values, HR best practices, and employment laws.

Outlined below are the steps of our progressive discipline policy and procedure. Ob Hospitalist Group reserves the right to combine or skip steps in this process depending on the facts of each situation and the nature of the offense, in the sole discretion of Ob Hospitalist Group. The level of disciplinary intervention may also vary. Some of the factors that will be considered are: whether the offense is repeated despite coaching, counseling and/or training; the team member's work record; and the impact the conduct and/or performance issues have on our organization. This disciplinary policy in no way alters the at-will employment status of any team member or promises any type of treatment or discipline in any given situation.

The following outlines Ob Hospitalist Group's general discipline process:

### Background and Purpose

Ob Hospitalist Group ("OBHG") is committed to establishing and maintaining a workplace environment reflective of our Core Values: Passion for People, Delivering Excellence, Genuine Service, Principled Leadership, and Uncompromised Integrity, and consistent with our Standards of Conduct. This Policy is designed to ensure that our providers serve our patients, hospitals, and each other with behaviors consistent with our Core Values and Standards of Conduct.

This separate Standards of Conduct document provides procedures to address behaviors that are not consistent with our Core Values or Standards of Conduct.

**This is not an employment contract and does not alter your at-will employment status.**

DEF 000418



**Definitions**

The following definitions are used in this Policy:

- "DHO" refers to Director of Hospital Operations; "RVPO" refers to Regional Vice President of Operations
- "MDO" refers to Medical Director of Operations
- "MPE" refers to Manager of Physician Engagement
- "PEL" refers to Physician Engagement Liaison
- "VPMA" refers to Vice President, Medical Affairs

**Policy**

1) All OBHG providers will conduct themselves in a manner that is consistent with our Core Values and Standards of Conduct. All providers will treat hospital personnel, patients and their family members, and any other third parties with whom they interact with courtesy, respect, and dignity. Providers must always avoid any form of unethical, illegal, malicious, obscene, or vulgar conduct. All OBHG personnel will address any behaviors they witness that are not consistent with our Core Values or Standards of Conduct in accordance with this Policy.

2) Reporting Behaviors that Undermine our Core Values and Standards of Conduct

   a) Everyone at OBHG shares responsibility for creating an environment that promotes and supports our Core Values and Standards of Conduct. This includes not only exhibiting the positive characteristics described above, but also consistently reporting behaviors that are not reflective of our Core Values and Standards of Conduct. Appropriate responses will depend on the specific behavior and circumstances.

   b) Reporting Concerns You Witness: If you witness behavior that is not reflective of our Core Values or Standards of Conduct, and you consider the misbehavior an isolated event and minor, you should report the behavior to your Team Lead. If you believe the misbehavior is more than an isolated event or a significant concern, or if the misbehavior involves the Team Lead for that hospital, you should report it to the MDO for that hospital. If the misbehavior involves an MDO, you should report it to the VPMA.

   c) Reporting Complaints from Hospital Personnel or Patients: If you receive a complaint about a provider from any hospital personnel or any patient, you should report the complaint to the MDO for the hospital.

   d) Additional Reporting Opportunities: If you made a report in accordance with Paragraphs 2(b) or 2(c) and do not feel your concern was sufficiently addressed, you should report your concern to the MPE or the Vice President, Human Resources.

DEF 000419



3) Addressing Behaviors that Undermine our Core Values and Standards of Conduct

   a) Team Lead Level: A Team Lead who receives a complaint or witnesses a concern will determine whether the complaint or concern is appropriate for a "cup of coffee" conversation or should be escalated to the MDO Level. A "cup of coffee" conversation is an informal discussion about the behavior and should provide quick feedback and be nonjudgmental. "Cup of coffee" conversations do not become a documented part of a provider's personnel file. However, the Team Lead should maintain their own record that the "cup of coffee" conversation took place, what was discussed, and the date. If the Team Lead receives a second complaint about the behavior within six months of the initial "cup of coffee" conversation, then the Team Lead must escalate the complaint to the MDO Level by reporting the complaint to the MDO.

   b) MDO Level: An MDO who receives a complaint will notify the PEL. The MDO and PEL will evaluate the complaint and determine whether or not the MPE or VPMA should be notified. The PEL will provide consultative services as needed to the MDO when discussing the appropriate course of action. The Team Lead, General Counsel, Compliance Officer, Manager of Physician Engagement, Chief Medical Officer, and Chief Executive Officer may be involved at the discretion of the MDO or MPE. Those persons involved in evaluating the complaint are referred to as the "participants." The participants will evaluate the complaint and conduct an investigation if appropriate. Investigations should be completed in a timely manner, ideally within 3 business days. The participants will determine an appropriate resolution to the complaint which may involve one or more of the following: a "cup of coffee" conversation, a verbal reprimand, a written reprimand, a performance improvement plan, unpaid leave, or other appropriate steps. Any actions taken at the MDO Level will be properly documented by the PEL. The participants will keep the DHO and/or RVPO appropriately informed, and will work collaboratively to provide sufficient detail at a level so that the DHO and/or RVPO can appropriately keep the hospital informed that OBHG is addressing the concern.

   c) VPMA Level: If the behavior is not resolved at the MDO Level, then the MDO must notify the MPE and VPMA. The participants will evaluate the complaint and the results of the prior attempted resolution. The participants will conduct a further investigation if appropriate. Investigations should be completed in a timely manner, ideally within 3 business days. The participants will determine an appropriate resolution to the complaint which may involve any of the resolutions identified above at the MDO Level. The participants may also determine to terminate the provider.

    If a termination decision is made, the participants will notify the General Counsel to confirm the termination in consistent with the provider's Employment Agreement. Any actions taken at the VPMA Level will be properly documented by the MPE. The participants will keep the DHO and/or RVPO appropriately informed so that the DHO and/or RVPO can manage the hospital relationship.



4)  Confidentiality, Investigations, and Anti-Retaliation

    a)  To the extent possible, the Company will keep confidential all reports of behaviors that undermine our Core Values and Standards of Conduct and the actions taken to address the behaviors.

    b)  All investigations will be conducted by the PEL or MPE or another Human Resources team member.

    c)  Anti-Retaliation:

        i)  OBHG prohibits retaliation against anyone who, in good faith, reports behaviors that are not consistent with our Core Values or Standards of Conduct, or participates in an investigation of these behaviors.  Examples of prohibited retaliation include discharge, demotion, suspension, and harassment, denial of promotion, transfer, discrimination, or threatening to do any of these acts.

        ii)  If you believe you have been subjected to or affected by retaliation for reporting misbehavior or participating in an investigation of misbehaviors, you should notify the Vice President, Human Resources or the VPMA.

        iii)  Protection against retaliation is not intended to interfere with a supervisor's or other appropriate authority's ability to clarify expectations.

Ob Hospitalist Group reserves the right to determine the appropriate level of discipline in any given situation for any inappropriate conduct, including oral and written warnings, suspension with or without pay, demotion and termination.

### *Separation of Employment*

Separation of employment within an organization can occur for several different reasons, including but not limited to:

- **Resignation:** Although we hope employment with us will be a mutually rewarding experience, we understand that varying circumstances cause team members to voluntarily resign employment. Ob Hospitalist Group requests that resigning team members provide three months' notice per the terms of their Employment Agreement (or such shorter or longer time as may be specified in an Employment Agreement), in writing, to facilitate a smooth transition out of the organization.

- **Job abandonment:** Team members who fail to report to work or contact their Team Lead or Medical Director of Operations for three (3) consecutive shifts are considered to have abandoned the job without notice, effective at the end of their third scheduled shift. The Team Lead shall notify the Physician Engagement Team of the situation at the beginning of the second unexcused day, if no communication has been received from the team member.  At the expiration of the third missed shift, the Physician Engagement Team shall consider the team member to have voluntarily resigned. Team members who are separated due to job abandonment are ineligible for rehire, unless applicable law requires otherwise.

**This is not an employment contract and does not alter your at-will employment status.**

DEF 000421



- **Termination:** Team members of Ob Hospitalist Group are employed on an at-will basis. Ob Hospitalist Group retains the right to terminate a team member at will, with or without cause, at any time, as long as there is not a violation of applicable federal or state law.

**Return of Company Property**
The separating team member must return all Company assets at the time of separation, including Ob Hospitalist Group property, materials, and written information issued to them or in their possession or control. These items include but are not limited to call room keys, patient records, hospital provided mobile phones, etc. Failure to return some items may result in criminal charges.

**Exit Interview**
The separating team member will be contacted by the Physician Engagement Team to schedule an exit interview. The interview will be on the team member's last day of work or another day, as mutually agreed on.

**Paid Sick Leave**
Where Paid Sick Leave is applicable under state or local law, any unused sick leave is not paid to a team member at termination and any unused sick leave will be forfeited.

Ob Hospitalist Group will comply with all applicable state laws regarding payment of accrued and unused paid sick leave upon separation from employment to the extent such state law requires payment.

**Benefits**
Information regarding Consolidated Omnibus Budget Reconciliation (COBRA) continued health coverage will be provided, when applicable.

**Rehire Eligibility**
Former team members who left Ob Hospitalist Group in good standing and were classified as eligible for rehire may be considered for reemployment. An application must be submitted to the Physician Placement Team, and the applicant must meet all minimum qualifications and requirements of the position.

Rehires must be reviewed and approved by Ob Hospitalist Group's Review Panel Committee. Rehired team members begin benefits just as any other new team member, unless applicable law requires otherwise. Previous tenure will not be considered in calculating leave accruals or any other benefits, unless applicable law requires otherwise. Previous tenure could be considered in calculating longevity, depending on the length of the separation.

An applicant or team member who is terminated for violating policy or who resigned in lieu of termination from employment due to a policy violation will generally be ineligible for rehire.

DEF 000422



# WORKPLACE SAFETY

### *Safety Guidelines*

Some of the best safety improvement ideas come from team members. Those with ideas, concerns or suggestions for improved safety in the workplace are encouraged to bring them to the attention of their Team Lead, Medical Director of Operations, or their Physician Engagement Liaison. Team members are expected to exercise caution in all work activities. In the case of accidents that result in injury or illness, regardless of how insignificant the injury or illness may appear, team members must immediately notify their Team Lead and their Physician Engagement Liaison.

### *Drug-Free Workplace*

Ob Hospitalist Group has a longstanding commitment to provide a safe and productive work environment. Alcohol and drug abuse pose a threat to the health and safety of team members and patients and to the security of our equipment and facilities. For these reasons, Ob Hospitalist Group is committed to the elimination of drug and/or alcohol use and abuse in the workplace.

This policy outlines the practice and procedure designed to correct instances of identified alcohol and/or drug use in the workplace. This policy applies to all team members and all applicants for employment of Ob Hospitalist Group. The Human Resource Department is responsible for policy administration.

### *Team Member Assistance and Drug-Free Awareness*

Ob Hospitalist Group will assist and support team members who voluntarily seek help for substance abuse problems before becoming subject to discipline and/or termination under this or other policies. Such team members may be allowed to use accrued paid sick leave as applicable under state law, placed on leaves of absence, referred to treatment providers and otherwise accommodated as required by law. Such team members may be required to document that they are successfully following prescribed treatment and to take and pass follow-up tests if they hold jobs that are safety sensitive or that require driving or if they have violated this policy previously.

Team members should report to work fit for duty and free of any adverse effects of illegal drugs or alcohol. This policy does not prohibit team members from the lawful use and possession of prescribed medications in accordance with valid prescriptions. Team members must, however, consult with their doctors about the medications' effect on their fitness for duty and ability to work safely and promptly disclose any work restrictions to their Team Lead or their Physician Engagement Liaison. Team members should not, however, disclose underlying medical conditions unless directed to do so.

DEF 000423



***Work Rules***

The following work rules apply to all team members:

- Whenever team members are working, are operating any Company vehicle, are present on Company or hospital premises, or are conducting related work off-site, they are prohibited from:
  - Using, possessing, buying, selling, manufacturing or dispensing an illegal drug ("illegal drug" includes drug paraphernalia and prescription medication for which a team member does not have a valid prescription or uses in a manner inconsistent with a valid prescription).
  - Being under the influence of alcohol or an illegal drug as defined in this policy.

- The presence of any detectable amount of any illegal drug or illegal controlled substance in a team member's body while performing Company business or while in a Company facility is prohibited.

- Ob Hospitalist Group will not allow any team member to perform his/her duties while taking prescribed drugs that are adversely affecting the team member's ability to safely and effectively perform their job duties. Team members taking a prescribed medication must carry it in the container labeled by a licensed pharmacist or be prepared to produce it if asked.

- Any illegal drugs or drug paraphernalia will be turned over to an appropriate law enforcement agency and may result in criminal prosecution.

- Team members at certain Company sponsored events may consume alcohol at these events. These individuals are expected to comply with all applicable law (e.g., absolutely no drunk or impaired driving) and to exercise good, professional judgment at all times. If a team member believes he or she is impaired in any way, the team member must not drive or operate a vehicle when leaving the Company sponsored event. The Company will assist with obtaining appropriate transportation, if necessary.

Note that it is the intention of OBHG to comply with state and federal laws. Where state and federal laws differ with respect to the use of drugs, however, OBHG will comply with federal law in defining and identifying what constitutes an illegal drug. OBHG may be obligated to comply with federal law for team members in federally-regulated positions. For example, some state laws permit the use and possession of marijuana for medical and/or non-medical purposes. Federal law does not. In the absence of state law to the contrary, OBHG considers marijuana to be an illegal drug for purposes of this policy in all states, even those states that allow for medical and/or non-medical use.

Ob Hospitalist Group retains the right to require the following tests, subject to applicable law:

***Required Testing***

- **Pre-employment:** All applicants must pass a drug test before beginning work. Refusal to submit to testing will result in disqualification of further employment consideration.



- **Reasonable suspicion:** Team members are subject to testing based on observations by a Team Member, Team Lead, or a member of hospital administration of apparent workplace use, possession or impairment. The Physician Engagement Team must be consulted before sending a team member for reasonable suspicion testing.

- **Post-accident:** Team members are subject to testing when they cause or contribute to accidents that seriously damage a Company vehicle, machinery, equipment or property and/or result in an injury to themselves or another team member requiring off-site medical attention. In any of these instances, the investigation and subsequent testing must take place within two (2) hours following the accident, if not sooner.

### Consequences

Applicants who refuse to cooperate in a drug test or who test positive will not be hired. Team members who refuse to cooperate with required tests or who use, possess, buy, sell, manufacture or dispense an illegal drug in violation of this policy will be terminated. The first time a team member tests positive for alcohol or illegal drug use under this policy, the result will be discipline up to and including termination.

Team members will be paid for time spent in alcohol/drug testing. If the initial results of such testing indicates a positive result, the team member will be suspended pending the results of confirmatory testing. After the results of the test are received, a date and time will be scheduled to discuss the results of the test; this meeting could include the Physician Engagement Liaison or Medical Director of Operations. Should the results prove to be negative, the team member will receive back pay for the shifts missed during suspension.

### Confidentiality

Information and records relating to positive test results, drug and alcohol dependencies, and legitimate medical explanations provided to the Medical Review Officer (MRO) shall be kept confidential to the extent required by law and maintained in secure files separate from normal personnel files.

### Inspections

Ob Hospitalist Group reserves the right to inspect all portions of its premises for illegal drugs, alcohol or other contraband. All team members, contractors, and visitors may be asked to cooperate in inspections of their persons, work areas and property that might conceal an illegal drug, alcohol or other contraband. Team members who possess such contraband or refuse to cooperate in such inspections are subject to appropriate discipline up to and including termination.

### Crimes Involving Drugs

Ob Hospitalist Group prohibits all team members from manufacturing, distributing, dispensing, possessing or using an illegal drug in or on Company premises or while conducting Company business. Team members are also prohibited from misusing legally prescribed or over-the-counter (OTC) drugs. Law enforcement personnel shall be notified, as appropriate, when criminal activity is suspected.



### Workplace Bullying

Ob Hospitalist Group defines bullying as "repeated inappropriate behavior, either direct or indirect, whether verbal, physical or otherwise, conducted by one or more persons against another or others, at the place of work and/or in the course of employment." Such behavior violates Ob Hospitalist Group's Standards of Conduct, which clearly states that all team members will be treated with the highest standards of personal integrity.

The purpose of this policy is to communicate to all team members, including managers and executives, that Ob Hospitalist Group will not tolerate bullying behavior. Team members found in violation of this policy may be disciplined up to and including termination.

Bullying may be intentional or unintentional. However, it must be noted that where an allegation of bullying is made, the intention of the alleged bully is less relevant than the effect of the conduct. As in sexual harassment, it is the effect of the behavior upon the individual that is most important. Ob Hospitalist Group considers the following types of behavior examples of bullying:

- **Verbal bullying:** Making malicious, abusive, or intentionally false remarks about a person or his/her family; persistent name calling that is intentionally hurtful, insulting or humiliating; using a person as the butt of jokes.

- **Physical bullying:** Pushing, shoving, kicking, poking, tripping, assault or threat of physical assault; damage to a person's work area or property.

- **Gesture bullying:** Nonverbal threatening gestures or glances that convey threatening messages.

- **Exclusion:** Socially or physically excluding or disregarding a person in work-related activities with malicious intent.

### Violence in the Workplace

All customers, vendors, business associates, hospital representatives, and patients must be treated with courtesy and respect at all times. Team members are expected to refrain from conduct that may be dangerous to others.

Conduct that threatens, intimidates or coerces another team member, customer, vendor, or business associate will not be tolerated. Ob Hospitalist Group's resources may not be used to threaten, stalk or harass anyone at the workplace or outside the workplace. Ob Hospitalist Group treats threats coming from an abusive personal relationship as it does other forms of violence.

Indirect or direct threats of violence, incidents of actual violence and suspicious individuals or activities must be reported as soon as possible to a Physician Engagement Liaison or Medical Director of Operations. When reporting a threat or incident of violence, the team member should be as specific and detailed as possible. Team members should not place themselves in danger, nor should they attempt to intervene during an incident.

**This is not an employment contract and does not alter your at-will employment status.**

DEF 000426



Team members should promptly inform the Physician Engagement Team of any protective or restraining order that they have obtained that lists the workplace as a protected area. Team members are encouraged to report safety concerns with regard to intimate partner violence. Ob Hospitalist Group will not retaliate against team members making good-faith reports. Ob Hospitalist Group is committed to supporting victims of intimate partner violence by providing referrals to Ob Hospitalist Group's team member assistance program (EAP) and community resources, and providing time off for reasons related to intimate partner violence.

Ob Hospitalist Group will promptly and thoroughly investigate all reports of threats of violence or incidents of actual violence and of suspicious individuals or activities. The identity of the individual making a report will be protected as much as possible. Ob Hospitalist Group will not retaliate against team members making good-faith reports of violence, threats or suspicious individuals or activities. In order to maintain workplace safety and the integrity of its investigation, Ob Hospitalist Group may suspend team members suspected of workplace violence or threats of violence, either with or without pay, pending investigation.

Anyone found to be responsible for (1) threats of or actual violence, (2) conduct that could be perceived as threats of or actual violence, (3) conduct that, if continued, could become threats of or actual violence, or (4) other conduct that is in violation of these guidelines will be subject to prompt disciplinary action up to and including termination of employment.

Ob Hospitalist Group encourages team members to bring their disputes to the attention of their Physician Engagement Liaison or Medical Director of Operations before the situation escalates. Ob Hospitalist Group will not discipline team members for raising such concerns in good faith.

### *Smoke-Free Workplace*

It is the policy of Ob Hospitalist Group to prohibit smoking on all company premises and hospital facilities in order to provide and maintain a safe and healthy work environment for all team members. The law defines smoking as the "act of lighting, smoking or carrying a lighted or smoldering cigar, cigarette or pipe of any kind." In additional to prohibiting smoking, Ob Hospitalist Group also prohibits the use of electronic cigars, electronic cigarettes, and any other vaping device on company or hospital premises.

The smoke-free workplace policy applies to:

- All areas of company buildings
- All company-sponsored off-site conferences and meetings
- All vehicles owned, leased and rented by Ob Hospitalist Group or for company purposes
- All visitors (customers and vendors) on Ob Hospitalist Group premises
- All contractors and consultants and/or their team members working on Ob Hospitalist Group premises
- All team members

Team members who violate the smoke free policy may be subject to disciplinary action up to and including immediate termination.

**This is not an employment contract and does not alter your at-will employment status.**

DEF 000427



# WORKPLACE EXPECTATIONS
## *Confidentiality*

Our hospitals and other parties with whom we do business entrust Ob Hospitalist Group with important information relating to their businesses. It is our policy that all such information received from third parties considered confidential will not be disclosed to external parties or to team members without a "need to know." If a team member questions whether certain information received from a third party is considered confidential, he/she should first check with General Counsel.  Please refer to your Employment Agreement for additional details.

This policy is intended to alert team members to the need for discretion at all times and is not intended to inhibit normal business communications.  In addition, nothing in this policy or handbook prohibits a team member from reporting possible violations of federal or state law or regulation to any governmental agency or entity, or making other disclosures that are protected under the whistleblower provisions of federal or state law or regulation.

All inquiries from the media seeking comment from or information on behalf of Ob Hospitalist Group must be referred to the Manager of Physician Engagement.

## *Job Duties*

During the introductory period, your Team Lead and Medical Director of Operations will explain your job responsibilities and the performance standards expected of you.  Be aware that your job responsibilities may change at any time during your employment.  From time to time, you may be asked to work on special projects, or to assist with other work necessary or important to the operation of our team or Ob Hospitalist Group.  Your cooperation and assistance in performing such additional work is expected.

Ob Hospitalist Group reserves the right, at any time, with or without notice, to alter or change job responsibilities, reassign or transfer job positions, or assign additional job responsibilities.

## *Workplace Etiquette*

Sometimes issues can arise when a team member may be unaware that his or her behavior at work is bothersome to others.  Very often these day-to-day issues can be addressed by talking politely with the co-worker to bring the perceived problem to his or her attention.

The following are some workplace etiquette guidelines and suggestions to help team members be more conscientious and considerate of co-workers and the work environment.  These are not necessarily intended to be hard and fast rules with disciplinary consequences.  If team members have comments, concerns, or suggestions about workplace etiquette, they should contact their Team Lead, Physician Engagement Liaison, or Medical Director of Operations.

- Attempt to address any criticisms of other team members with those involved or their manager
- Be conscious of how voices travel and lower your voice when talking on the phone or to others in open areas
- Do not leave personal cell phones unattended unless they are on vibrate or on silent Do not use loud or disruptive ring tones in the hospital setting as these noises are distracting to others
- Monitor the volume when listening to music

**This is not an employment contract and does not alter your at-will employment status.**

DEF 000428



- Refrain from using obscene or vulgar language that others may overhear
- Dress appropriately for the workplace.  See the "Attire and Grooming" section for specifics
- Clean up after yourself and do not leave behind waste or discarded papers

### *Team Member Conduct and Work Rules*

To ensure organized operations and provide the best possible work environment, Ob Hospitalist Group expects team members to follow rules of conduct that will protect the interests and safety of all team members and the organization.  Please refer to your Employment Agreement for additional details.

Ob Hospitalist Group reserves the right to determine the appropriate level of discipline for any inappropriate conduct, including oral and written warnings, suspension with or without pay, demotion, and termination.

### *Communication*

Ob Hospitalist Group believes that effective communication is essential to our continued success. In addition, open lines of communication are important to the creation of productive work relationships.

Team Leads, Physician Engagement Liaisons, and Medical Directors of Operations, are available to discuss job-related concerns with team members.  Ob Hospitalist Group encourages team members to speak with their Team Lead or Medical Director of Operations regarding any concerns about work or suggestions for improving operations.

Ob Hospitalist Group realizes, however, that there may be situations when the nature of the concern leaves the team member feeling they cannot openly or effectively discuss the matter with their Team Lead or Medical Director of Operations, or the team member is not satisfied with the Team Lead's or Medical Director's response.  In these situations, team members are free to bring their concerns and suggestions to the Physician Engagement Manager or Vice President of Medical Affairs without notifying their Team Lead or Medical Director.

### *Training*

Periodically, Ob Hospitalist Group may offer training on various policies, benefits, procedures, rules and regulations for team members and management.  Team members are expected to attend scheduled training sessions, unless directed by their Team Lead.  Attendance at these training sessions is an expectation and every effort should be made to attend.  When mandatory training is provided, attendance is required.  Team Leads should make arrangements for their team members to attend pre-arranged training sessions and to make necessary adjustments to work schedules.

Ob Hospitalist Group provides additional training opportunities based on assessments of team member needs and business requirements and resources.  As part of the ongoing performance management process, the Medical Director of Operations may recommend or require training and development plans to improve team member performance and/or as part of a team member's career development activities.  Performance management discussions are intended to be two-way conversations, and team members are encouraged to express their wishes relative to the training and development they believe would be helpful.

<u>**This is not an employment contract and does not alter your at-will employment status.**</u>

DEF 000429



### *Team Member Personnel Files*

It is very important that team members keep up-to-date all information provided to OB Hospitalist Group at the time of hire. This information is essential for many purposes, including benefit administration, insurance notices, and contacting appropriate parties in the case of an emergency. A Physician Engagement Liaison should be notified of any changes in:

- o   Address and telephone number;
- o   Marital/domestic partnership status (including legal separation);
- o   Legal change in team member's name;
- o   Dependents;
- o   Changes in beneficiaries; and
- o   Emergency contact

Team member files are maintained by the Physician Engagement Team and are considered confidential. Only the Medical Director of Operations may have access to personnel file information on a need-to-know basis.

A Medical Director considering the hire of a former team member or transfer of a current team member may be granted access to the file, or limited parts of it, in accordance with applicable laws.

Personnel file access by current team members and former team members upon request will be granted if required under state law. If applicable law requires that team members be able to review and copy their personnel file, the Company will arrange for such review and/or copying to occur in accordance with applicable law. Alternatively, the Company may elect to mail a copy of the personnel file to the team member in such a situation.

Representatives of government or law enforcement agencies, in the course of their duties, may be allowed access to file information.

### *Conflicts of Interest*

Team members must avoid any relationship or activity that might impair, or even appear to impair, their ability to make objective and fair decisions when performing their jobs. At times, a team member may be faced with situations in which business actions taken on behalf of Ob Hospitalist Group may conflict with the team member's own personal interests. Ob Hospitalist Group's business opportunities and Confidential, Proprietary, or Trade Secret Information (as defined below) may not be used for personal gain.

Confidential, Proprietary, or Trade Secret Information includes information that is not readily available to the public and that Ob Hospitalist Group takes reasonable steps to secure and protect. Examples include financial records, profit, performance reports, processes, projections, business plans, patient information (including patient protected health information and patient financial information), patient lists, vendor information (including vendor contracts and costs), personal information about any other team member (social security number, protected health information, credit card numbers, drivers' license numbers, mother's maiden name, complete date of birth, minor children's names), promotional methods, techniques and methods of operations, trade secrets (as defined by applicable law), and potentially patentable products and processes.

**This is not an employment contract and does not alter your at-will employment status.**

DEF 000430



Please refer to your Employment Agreement for specifications.

Before engaging in any activity, transaction, or relationship that might give rise to a conflict of interest, team members must seek review from the Legal Department or the Physician Engagement Department. Please refer to Ob Hospitalist Group's Standards of Conduct, a separate document, for additional information regarding this policy.

### *Outside Employment*

Team members may be permitted to engage in outside work or to hold other jobs, subject to certain restrictions outlined in their Employment Agreement.

Activities and conduct away from the job must not create a conflict of interest or adversely affect job performance and the ability to fulfill all job responsibilities. This prohibition extends to the unauthorized use of any company tools or equipment and the unauthorized use or application of any Confidential, Proprietary, or Trade Secret Information (defined above). In addition, team members are not to conduct any outside business during working time (the time team members are expected to be working, which does not include rest, meal, or other authorized breaks).

Team members are cautioned to carefully consider the demands that additional work activity will create before accepting outside employment. Outside employment will not be considered an excuse for poor job performance, absenteeism, tardiness, leaving early, refusal to travel or refusal to work overtime or different hours. If Ob Hospitalist Group determines that a team member's outside work interferes with performance, the team member may be asked to adjust their commitment to Ob Hospitalist Group accordingly.

Please refer to Ob Hospitalist Group's Standards of Conduct for additional information regarding this policy. This policy, as well as the Standards of Conduct, does not supersede and in no way effects any non-compete agreement entered into with an individual team member. Contact the Physician Engagement Team if you have any questions about this policy.

### *Attendance and Punctuality*

Attendance and punctuality are essential job functions for all hospitalists. Patterns of unexcused absenteeism or tardiness may result in disciplinary action, up to and including termination of employment. Absences due to illnesses or injuries related to a reasonable accommodation under the Americans with Disabilities Act (ADA) will not be counted against a team member's attendance record. Medical documentation within the guidelines of the ADA may be required in these instances.

Not reporting to work and not calling to report the absence is a no-call/no-show and is a serious matter. A no call/no show may result in disciplinary action up to and including immediate termination. A no call/no show lasting three consecutive shifts without notifying Ob Hospitalist Group, or who fails to comply with any condition of a leave of absence, or who fails to report to work on or before the expiration of a leave, may be considered job abandonment and may be deemed a team member's voluntary resignation of employment.

**This is not an employment contract and does not alter your at-will employment status.**

DEF 000431



### *Attire and Grooming*

Team members are expected to be neat, clean and well-groomed while on the job. Clothing must be consistent with the hospital requirements and must be appropriate to the type of work being performed.

Natural and artificial scents may become a distraction from a well-functioning workplace and are also subject to this policy. Tobacco, smoke, perfume, cologne, body spray, body odor, candles, and lotions are examples of scents that may be distracting and/or offensive to others. Please be mindful of your team members and those with whom you work in close quarters.

Ob Hospitalist Group is confident that team members will use their best judgment regarding attire and appearance. Management reserves the right to determine appropriateness. Any team member who does not comply with hospital uniform requirements will be counseled. Disregard of this policy may be cause for disciplinary action, up to and including termination.

### *Electronic Communication and Internet Use*

The following guidelines have been established for using the Internet, company and hospital provided desktops, laptops, tablets, phones, pagers, and e-mail in an appropriate, ethical, and professional manner. This policy is not intended or designed to interfere with, restrain, or prevent team member communications regarding wages, hours, or other terms and conditions of employment.

- Internet, hospital and company-provided equipment (e.g. laptops, computers, tablets, and phones) and services may not be used for transmitting, retrieving or storing any communications of a malicious, discriminatory, harassing or pornographic nature.

- The following actions are forbidden: using malicious, abusive, obscene, or vulgar language; creating, viewing or displaying materials of a vulgar, sexual, or pornographic nature; using any company or hospital provided equipment or systems in a manner that violates or could be perceived to violate the policies against harassment, discrimination, and/or bullying; and engaging in any illegal activities, including piracy, cracking, extortion, blackmail, copyright infringement, and unauthorized access of any computers and company and hospital provided equipment such as desktops and laptops.

- Team members may not copy, retrieve, modify or forward copyrighted materials, except with permission or as a single copy to reference only.

- Team members should not open suspicious e-mails, pop-ups or downloads. Contact the Hospital's IT Department or Merit Technologies at helpdesk@merittechnologies.net with any questions or concerns to reduce the release of viruses or to contain viruses immediately.

- Ob Hospitalist Group's e-mail system is primarily for business use. You should limit your use of Ob Hospitalist Group's e-mail for any non-working purposes to non-working time. Working time is the time you are expected to be working and does not include rest periods, meal periods, or other authorized breaks. Occasional and reasonable personal use of Ob Hospitalist Group's e-mail system is permitted (the amount of time being similar to the time you might take for a personal break), provided that this does not

<u>**This is not an employment contract and does not alter your at-will employment status.**</u>

DEF 000432



interfere with work performance and provided that such use is otherwise consistent with this policy and professional conduct. Personal use of Ob Hospitalist Group's e-mail system inherently creates the danger of (1) compromising the security of Ob Hospitalist Group's computer systems, and (2) overburdening Ob Hospitalist Group's computer systems, among other issues. If your use of Ob Hospitalist Group's e-mail system leads to such issues or violates other Ob Hospitalist Group policies (specifically including, but not limited to, Ob Hospitalist Group's policies prohibiting harassment, discrimination, and bullying), Ob Hospitalist Group reserves the right to restrict or deny access to Ob Hospitalist Group's e-mail system and/or to take disciplinary action, up to and including termination.

### *Right to Monitor*

All company-supplied technology and company-related work records belong to Ob Hospitalist Group and not to the team member. Internal and external e-mails are considered business records and may be subject to monitoring. Be aware of this possibility when sending e-mail within and outside Ob Hospitalist Group. Ob Hospitalist Group reserves the right to immediately monitor team member's e-mail, voicemail, web pages, Skype for Business, or other company provided instant messages, and computer files for business purposes. Such business purposes may include, but are not limited to: monitoring user performance or productivity; preventing suspected significant adverse effect on Ob Hospitalist Group, its team members, or clients, such as sexual harassment; the unauthorized disclosure of Confidential, Proprietary, or Trade Secret Information (defined above); misuse of Ob Hospitalist Group resources or property; or a violation of the law.

Ob Hospitalist Group is sensitive to the legitimate privacy rights of team members, because of this, every effort will be made to conduct workplace monitoring in an ethical and respectful manner. Inappropriate or illegal use or communications may be subject to disciplinary action up to and including termination of employment.

### *Encryption*

As part of Ob Hospitalist Group's continued efforts to protect its Confidential, Proprietary, or Trade Secret Information (defined above) and other sensitive data, such as protected health information (PHI) and personally identifiable information (PII), Ob Hospitalist Group uses Zixmail, an email encryption system. The Zixmail system provides company-wide security, content filtering for HIPAA and financial data, and management of outbound corporate emails. Please secure all out-bound emails that contain sensitive information and that are addressed to non-OBHG.com email addresses.

To secure sensitive emails going to non-OBHG.com email addresses, type either zsecure or zencrypt anywhere in the subject line of the email. Note: the words zsecure and zencrypt are not case sensitive and can be typed before, after, or in the subject line.

Existing Zixmail customers do not need to register in order to receive an encrypted email. Several Ob Hospitalist Group's hospital programs already use Zixmail, which creates a transparent experience for the email recipient. If a secure email is sent to a non-Zixmail customer, they are asked to register when opening the email message. This registration is a one-time process. Once registered, they will be able to read the secured email. There is no need to ask



the email recipient if they are a Zixmail customer; the system automatically determines their status.

### *Social Media*

Social media are powerful communication tools that have significant impact on organizational, professional, and individual reputations. Forms of social media include but are not limited to Facebook, Twitter, Instagram, SnapChat, LinkedIn, Tumblr, Google+, and MySpace, as well as personal websites and weblogs (blogs). Because they blur the lines between personal voice and organizational voice, Ob Hospitalist Group has outlined the following items to help clarify how best to protect personal and professional reputations when participating in social media.

Ob Hospitalist Group's policies extend to social media: Ensure that your communications or postings do not violate Ob Hospitalist Group's policies set forth in this handbook, specifically including the policies against harassment, discrimination, and bullying.

Do not express, communicate, or link to comments that are vulgar, obscene, threatening, pornographic, harassing or that are a violation of Ob Hospitalist Group's workplace policies against harassment, discrimination, and bullying.

Managers and supervisors should be cautious of social media relationships with non-managerial team members, except in cases where the relationship is limited to business-related networking or there is a legitimate business purpose.

The Physician Engagement Team is responsible for providing references to team members, in accordance with Ob Hospitalist Group policy as well as to comply with federal and state employment laws. Managers and supervisors should *not* provide references for current or former team members via social networking sites (i.e., LinkedIn).

Protect confidential and proprietary information: Team members may not post Ob Hospitalist Group's Confidential, Proprietary, or Trade Secret Information (as defined above), and/or the confidential or sensitive information of any Ob Hospitalist Group client.

Respect copyright and fair use: When posting, be mindful of copyright and intellectual property rights. Team members may not use any client or vendor trademarks or logos for commercial use without the client or vendor's express permission. Ob Hospitalist Group expects all team members to abide by all copyright laws.

On personal sites, identify your views as your own. If you identify yourself as an Ob Hospitalist Group team member online, it should be clear that the views expressed are not necessarily those of Ob Hospitalist Group. For example, you can add the following disclaimer to your posting *"The opinions expressed on this site are my own and do not necessarily represent the views of Ob Hospitalist Group."*

Ob Hospitalist Group may monitor content out on the Internet. Policy violations may result in discipline up to and including termination of employment.

DEF 000434



### *Solicitations, Distributions and Posting of Materials*

Ob Hospitalist Group recognizes that team members may have interests in events and organizations outside the workplace. However, Ob Hospitalist Group has enacted the following rules regarding solicitation and distribution of literature to keep team members' working time free from non-work-related interference, to ensure that working areas are kept free from litter, and to ensure that non-team members attempting to solicit company team members or distribute literature to them respect applicable trespass laws:

(1) Solicitation and distribution of literature by non-team members on company property (including, but not limited to working areas) is prohibited.

(2) Solicitation by team members is prohibited when the person soliciting or the person being solicited is on working time. Working time is the time team members are expected to be working and does not include rest, meal or other authorized breaks.

(3) Team members may not solicit at any time for any purpose in immediate patient care areas, such as patients' rooms, operating rooms, and places where patients receive treatment, such as radiology and therapy areas, or in any other area that would cause disruption of health care operations or disturbances of patients, such as corridors in patient treatment areas and rooms used by patients for consultations with physicians or meetings with family or friends

(4) Distribution of literature by team members in nonworking areas during working time, as defined above, is prohibited.

(5) Distribution of literature by team members in working areas is prohibited. In a hospital, working areas are all areas except cafeterias, employee lounges, lobbies, and parking areas.

The posting of written solicitations on company bulletin boards is restricted. These bulletin boards display important information, and team members should consult them frequently for:

- Postings required by law
- Internal memoranda
- Organization announcements
- Payday notice
- Workers' compensation insurance information
  State disability insurance/unemployment insurance information

## COMPENSATION

### *Salary Review*

Ob Hospitalist Group aims to attract, retain, and reward a high performing provider workforce through an equitable and competitive compensation plan. Wage rates will be evaluated on an annual basis. Any policy changes that may impact your compensation or total rewards for Ob Hospitalist Group will be communicated to you by your Physician Engagement Liaison.

**This is not an employment contract and does not alter your at-will employment status.**

DEF 000435



### *Time Reporting*

The workday is defined as the 24-hour period starting and ending at 12:00 a.m.  The workweek covers seven consecutive days beginning on Sunday.

Exempt and non-exempt team members must record their actual shift worked for payroll and benefit purposes.  Non-exempt team members must record the time work begins and ends, as well as the beginning and ending time of any departures from work for any non-work-related reason, in Ob Hospitalist Group's electronic timekeeping system.

All timesheets must be correct at the end of the pay period, as pay checks are based on the hours submitted through OBHG's electronic timekeeping system.  If a team member is unable to access OBHG's electronic timekeeping system, notify your Physician Engagement Liaison immediately.

Intentionally altering, falsifying, or tampering with time records may result in disciplinary action, up to and including termination of employment.

### *Payment of Wages*

Ob Hospitalist Group takes all reasonable steps to ensure team members receive the correct amount of pay in each paycheck and are paid promptly on the scheduled payday.  In the unlikely event there is an error in the amount of pay, the team member should promptly bring the discrepancy to the attention of their Physician Engagement Liaison or the Payroll Department so corrections can be made as quickly as possible.

Regular and overtime hours are paid every other Friday with such payment covering hours worked in the prior pay period.  Please contact the Payroll Department if you have questions about pay periods or pay dates.

Direct deposit participation is required unless applicable law prohibits such a requirement.  In order to correct any error or discrepancy, Ob Hospitalist Group reserves the right to automatically process debit and credit entries to a team member's direct deposit bank account as necessary.

If a team member does not have a bank account, OB Hospitalist Group may pay the team member by company check and mailed to the address on file.

If the normal payday falls on a bank-recognized holiday, paychecks will be distributed one workday before the aforementioned schedule.

If a team member's marital status changes or the number of exemptions previously claimed increases or decreases, a new Form W-4 must be submitted to the Physician Engagement Department.

Pay advances or loans to team members are prohibited.

**This is not an employment contract and does not alter your at-will employment status.**

DEF 000436



### *Overtime Pay (Non-Exempt Team Members)*

Non-exempt team members will be paid time and one half for hours worked in excess of 40 hours in a work week, unless applicable law requires otherwise.

Non-exempt team members who anticipate the need for overtime to complete the shift requirements must notify their Team Lead and obtain approval for hours that extend beyond their normal shift. Team members working unauthorized overtime may be subject to disciplinary action, up to and including termination of employment. Paid sick leave, where applicable under state law, does not apply towards work time and does not count towards overtime.

During busy periods team members may be required to work extended or overtime hours.

### *Pay Deductions*

The law requires that certain deductions be taken from every team member's pay. Among these are applicable federal, state, and local income taxes. Ob Hospitalist Group must deduct social security and Medicare taxes on earnings up to a specified limit that is called the social security "wage base". Ob Hospitalist Group also contributes to team member's social security and Medicare benefits by matching the amount of social security and Medicare taxes deducted from team member's pay.

Ob Hospitalist Group offers programs and benefits beyond those required by law such as health, dental, vision, and life insurance. Eligible team members may voluntarily authorize deductions from their paychecks to cover all or a portion of the costs of these benefits if they elect to participate.

Garnishments are pay deductions taken by Ob Hospitalist Group, usually to help pay off a debt or obligation to Ob Hospitalist Group or others, such as child support, alimony or tax levy.

Ob Hospitalist Group will not intentionally make improper deductions from the wages of exempt or non-exempt team members. Ob Hospitalist Group also strictly adheres to the Fair Labor Standards Act and will not deliberately make improper reductions in the wages of exempt team members. An example of an improper reduction in the wages of exempt team members includes, but is not limited to, reducing compensation because of variations in the quality or quantity of the team member's work.

If a team member believes his or her wages have been improperly deducted or reduced, the team member should contact the Physician Engagement Department or the Payroll Manager. Any team member who is found to have been subject to improper deductions or reduction will be reimbursed by Ob Hospitalist Group on the next payday in accordance to the payroll cycle.

All team members should review their pay stubs to make sure deductions for taxes, benefits and other items have been processed correctly. If a team member believes there is a discrepancy in their pay, they should immediately notify the Payroll Department.

DEF 000437



### *Team Member Travel and Reimbursement*

Team members will be reimbursed for reasonable expenses incurred in connection with travel requested and approved on behalf of Ob Hospitalist Group.

Travelers should verify that planned travel is approved and eligible for reimbursement before making travel arrangements. Expense reports should be submitted within one week of the date of travel. Expenses submitted 60 days after travel require approval from the Vice President of Medical Affairs before reimbursement. For more details, contact your Physician Engagement Liaison or the Accounting Department.

Travelers seeking reimbursement should incur the lowest reasonable travel expenses and exercise care to avoid the appearance of impropriety. If a circumstance arises that is not specifically covered in the travel policies, the most conservative course of action should be adopted.

## TIME OFF/LEAVES OF ABSENCE

### *Paid Sick Leave*

Under state law, there are certain states and/or localities that require employers to offer paid sick leave. Team members should refer to any addenda applicable to the location at which they work for further information.

### *Military/Uniformed Service Leave of Absence*

Ob Hospitalist Group is committed to protecting the job rights of team members absent on covered military/uniformed service leave. In accordance with federal and state law, it is Ob Hospitalist Group's policy that no team member or prospective team member will be subjected to any form of discrimination or harassment on the basis of that person's membership in or obligation to perform service for any of the Uniformed Services of the United States. Specifically, no person will be denied employment, reemployment, promotion or other benefit of employment on the basis of such membership. Furthermore, no person will be subjected to retaliation or adverse employment action because such person has exercised his or her rights under applicable law or company policy. If any team member believes that he or she has been subjected to discrimination or harassment in violation of company policy, the team member should immediately contact the Physician Engagement Team.

Team members taking part in a variety of military duties are eligible for benefits under this policy. Such military duties include leaves of absence taken by members of the uniformed services, including Reservists and National Guard members, for training, periods of active military service and funeral honors duty, as well as time spent being examined to determine fitness to perform such service. Subject to certain exceptions under the applicable laws, these benefits are generally limited to five years of leave of absence.

Team members requesting leave for military duty should contact their Physician Engagement Liaison to request leave as soon as they are aware of the need for leave. For request forms and detailed information on eligibility, team member rights while on leave, and job restoration upon completion of leave, contact the Physician Engagement Team.

**This is not an employment contract and does not alter your at-will employment status.**

DEF 000438



### Leave of Absence

Full-time and part-time team members are eligible to request a leave of absence on the 1st of the month following 30 days of employment.  This leave will be considered for team members that need to be out of work for five (5) or more consecutive days/shifts.

Ob Hospitalist Group will consider a team member's request for a Leave of Absence (LOA) for medical or personal reasons. This policy generally provides up to 12 weeks of leave in any "rolling backward" 12-month period unless otherwise required by law, including the Americans with Disabilities Act (ADA). All leaves of absence (except military leave provided under USERRA) will run concurrently, meaning all time off under other applicable leaves will be added together and count towards the twelve (12) weeks of approved time off.

When Ob Hospitalist Group grants a team member a job-protected leave of absence related to the team member's personal health/medical condition, the Company is granting such leave as an accommodation under the ADA.

For more information regarding this policy, please see the Physician Engagement Team.

### Bereavement Leave

A team member who wishes to take time off due to the death of an immediate family member should notify his or her Team Lead immediately.  Ob Hospitalist Group defines "immediate family" as the team member's spouse, parent, child, sibling; the team member's spouse's parent, child, or sibling; the team member's child's spouse; and the team member's grandparents or grandchildren. Special consideration will also be given to any other person whose association with the team member was similar to any of the above relationships. Special consideration is to be approved by Human Resources.

Unpaid bereavement leave will generally be granted unless there are unusual business needs or staffing requirements.

### Jury Duty

Upon receipt of notification from the federal, state or local courts of an obligation to serve on a jury, team members must notify and provide their Team Lead and Physician Engagement Liaison with a copy of the jury summons.  You may be requested to provide written verification from the court clerk of performance of jury service.

For jury duty that lasts beyond one week, team members must notify their Team Lead and their Physician Engagement Liaison.  Jury duty will be unpaid, unless federal, state or local law dictates otherwise.

### Witness Duty

Ob Hospitalist Group team members who have been subpoenaed or otherwise requested to testify as witnesses by Ob Hospitalist Group, or a party in litigation involving Ob Hospitalist Group, will receive pay for the entire period of witness duty.

Ob Hospitalist Group may grant unpaid time off to appear in court as a witness when requested by a party other than Ob Hospitalist Group.

**This is not an employment contract and does not alter your at-will employment status.**

DEF 000439



The subpoena should be shown to the Team Leads, as well as the Physician Engagement Liaison, immediately after it is received so arrangements to accommodate their absence can be made.

### *Voting Leave*

All team members are encouraged to vote before or after their scheduled shift. When this is not possible, team members are encouraged to file an absentee ballot. When applicable law requires otherwise, Ob Hospitalist Group will grant voting leave in accordance with such law.

### *Lactation/Breastfeeding*

Ob Hospitalist Group will provide a reasonable amount of break time to accommodate team member's need to lactate or breastfeed. Ob Hospitalist Group will also make a reasonable effort to provide the team member with the use of a room or other location in close proximity to the team member's work area for the team member to lactate or breastfeed in private, as required by federal and/or state law.

## BENEFITS

### *Benefit Summary*

Eligible team members at Ob Hospitalist Group are provided a wide range of benefits. A number of the programs, such as social security, workers' compensation, state disability, and unemployment insurance cover all team members in the manner prescribed by law.

Benefit eligibility is dependent upon a variety of factors, including team member classification. The Physician Engagement Team can identify the programs for which you are eligible. Details of many of these programs can be found in the Benefit Guide or in plan documents. This is a summary of benefits offered by Ob Hospitalist Group; in the event of a conflict, the plan document will supersede this handbook.

The following benefit programs are available to eligible team members, but are subject to change:

- Medical Insurance
- Dental Insurance
- Vision Care Insurance
- Life Insurance
- 401(k) Savings Plan
- Accident, Cancer, and Critical Care Insurance

- Dependent Care Account
- Flexible Spending Account
- Health Savings Account
- Long-Term Disability
- Short-Term Disability
- Team member Assistance Program

For more information regarding benefit programs, please refer to Ob Hospitalist Group's Benefit Guide or contact the Physician Engagement Team.

**Health Benefits Extension**

Unless health benefits extension is covered by state or federal law, benefits will terminate according to our insurance carrier's policy. Contact the Company's Director of Compensation and Benefits for more information.

DEF 000440



### COBRA

The federal Consolidated Omnibus Budget Reconciliation Act (COBRA) gives eligible team members and their qualified beneficiaries the opportunity to continue health insurance coverage under Ob Hospitalist Group's health plan when a "qualifying event" would normally result in the loss of eligibility.

Some common qualifying events are termination of employment, death of a team member; a reduction in a team member's hours or a leave of absence; a team member's divorce or legal separation; and a dependent child no longer meeting eligibility requirements.

Under COBRA, the team member pays the full cost of coverage at Ob Hospitalist Group's group rate plus an administration fee. Ob Hospitalist Group provides each COBRA eligible team member with written documentation describing insurance continuation options when the team member becomes eligible for COBRA coverage.

### 401(k) Plan

Ob Hospitalist Group offers a voluntary 401(k) plan to team members who are 21 years of age or older. Team members may elect to participate beginning the first of the month following 30 days of employment. Team member may change the dollar amounts or the percentages of his/her contributions as they see fit. Federal guidelines determine contribution limits which can vary year to year and by age. Further details about the plan may be obtained from the Physician Engagement Team.

### Workers' Compensation Benefits

Ob Hospitalist Group is covered under statutory state workers' compensation laws. This program covers any injury or illness sustained in the course of employment that requires medical, surgical, or hospital treatment. Workers' compensation payments for an injury due to the team member's voluntary participation in recreational, social, athletic, or exercise activities (including, but not limited to, athletic events, competitions, parties, picnics, and exercise programs) will be determined by the workers' compensation carrier. Subject to the applicable legal requirements, workers' compensation insurance provides benefits after a waiting period.

Team members who sustain work-related injuries or illnesses must inform their Physician Engagement Liaison immediately. No matter how minor an on-the-job injury may appear, it is important that it be reported immediately. Any questions or comments should be directed to the Physician Engagement Team.

### Team Member Assistance Program (EAP)

OBHG provides a team member Assistance Program (EAP) through Cigna. The EAP offers free and confidential counseling and assistance in resolving situations that may impact your personal or professional life. All OBHG team members and their eligible family members are automatically covered by the EAP. The EAP provides short-term counseling and referrals to help you deal with a variety of issues that can affect you at work or at home, such as:

---



- Managing stress and anxiety
- Coping with grief and loss
- Legal assistance
- Parenting

- Debt management and budgeting
- Depression
- Elder care options
- Alcohol or drug problems

Cigna Life Assistance Program can be reached at 800-538-3543 or at www.CignaBehavioral.com/CGI.

The EAP is strictly confidential and is designed to safeguard a team member's privacy and rights. Contacts and information given to the EAP counselor may be released to Ob Hospitalist Group only if requested by the team member in writing. There is no cost for a team member to consult with an EAP counselor. If further counseling is necessary, the EAP counselor will outline community and private services available. The counselor will also let team members know whether any costs associated with private services may be covered by their health insurance plan. Costs that are not covered are the responsibility of the team member.

DEF 000442



# TACOMA PAID SICK LEAVE ADDENDUM TO CLINICIAN HANDBOOK

### *Purpose*

This Paid Sick Leave Policy ("Policy") is designed to comply with the requirements of The City of Tacoma Paid Leave Ordinance (TMC 18.10). Ob Hospitalist Group recognizes that 24-hour shift providers ("team members") may need time off from work for the team member's own health condition, a family member's health condition, because the team member is a victim of domestic violence, sexual assault, or stalking, or for bereavement of a family member. The Policy is effective February 1, 2016 ("Effective Date").

### *Eligibility*

All team members who work 80 or more hours in a calendar year within the geographical boundaries of the City of Tacoma are eligible for sick leave under this policy.

### *Policy*

**Sick Leave Schedule:** Eligible team members can use up to a maximum of 40 (forty) hours of paid sick leave per year upon completion of 180 days of employment. A year is defined under this policy as the 12 (twelve) consecutive months between January 1 and December 31.

**Computation Methods:** Sick leave time is paid at a team member's current base salary or hourly wage.

**Accrual Schedule:** Beginning on February 1, 2016, or on the first day of employment (whichever is earlier), eligible new hires will accrue paid sick leave at the rate of 1 (one) hour for every 40 (forty) hours worked. New hires will not be able to use paid sick leave hours until after completion of a 180-day waiting period. Employees are allowed to earn up to 24 (twenty-four) hours of Paid Leave in a year. Employees may carry over unused paid leave (up to 24 hours) into the following year. An Employee can then use carried over time in addition to accrued time, with total use not to exceed 40 (forty) hours in any year.

### *Use of Leave*

Paid sick leave may be used for the team member's own health condition, an immediate family member's health condition, because the team member or immediate family member is a victim of domestic violence, sexual assault, or stalking, or for bereavement of a family member. For this policy, immediate family is defined as a team member's parent, stepparent, spouse, registered domestic partner, grandparent, grandchild, sibling, child, stepchild, and child under a team member's legal guardianship.

When possible, team members are expected to schedule planned medical appointments in a manner that minimizes disruption of workflow. Further, team members must use sick leave for its intended purpose and only for time missed on scheduled days. Team members should provide reasonable advance notice (preferably at least one week in advance) for foreseeable absences requiring use of paid sick leave. When the absence is not foreseeable, the team member should provide notice as soon as possible which should be two hours prior to start of work day when possible under the circumstances. The Team Lead will note the time missed and the coverage arranged for that time period on the schedule calendar. Team members may not take sick leave time in increments of less than two (2) hours per day.

### *Approval of Leave and Return to Work*

**This is not an employment contract and does not alter your at-will employment status.**

DEF 000443



When unable to report to work or complete a normal work schedule because of the team member's own health condition, a family member's health condition, because the team member is a victim of domestic assault, sexual violence, or stalking, or for bereavement of a family member, team members must contact their supervisor as soon as possible to report the reason for the absence (the medical condition itself need not be identified) and when they expect to return. In cases of absences of unspecified duration, in addition to reporting as soon as practicable if the need for time off is not reasonably foreseeable, team members must call in daily to keep their supervisor updated on their expected return-to-work date, unless their medical or other covered condition prevents them from doing so.

For any absence, Ob Hospitalist Group may require team members to provide appropriate verification of the reason for using sick leave, including a written statement from their health care provider verifying that an absence from work was necessary or a written, signed statement by the employee (electronic communication is acceptable) that the leave is being used for a reason described in this policy.

### Sick Leave Pay Upon Termination

Unused sick leave is not paid to a team member at termination and any unused sick leave will be forfeited.

### Information Regarding Sick Pay Balance

The amount of your accrued and used sick pay will appear on each paystub.  Please review the statement for accuracy and immediately contact Human Resources should you have questions regarding the statement.

### Interaction with Other Types of Leave

Sick leave will run concurrent with leave under FMLA only if the purpose for using sick leave is covered under FMLA and the employee is eligible.  For instance, if sick leave is used for domestic violence, such leave will not run concurrent with FMLA because leave may not be taken under FMLA for domestic violence.

Employees will not accrue paid sick leave during any unpaid leave of absence.

Team members with questions should consult the company's FMLA policy or contact Human Resources, for more information.

### References

The City of Tacoma Paid Leave Ordinance (TMC 18.10)

**This is not an employment contract and does not alter your at-will employment status.**

DEF 000444



# ALASKA ADDENDUM TO CLINICIAN HANDBOOK

The following policies supplement the policies contained in the Ob Hospitalist Group Hospitalist Handbook and are specific to team members in the state of Alaska. Where this addendum and the handbook conflict, this addendum states the Company's policy.

The contents of this addendum are guidelines only. Neither this addendum nor any other Company guideline, policy, or practice creates an employment contract. The Company reserves the right to change, correct, modify, or revoke this addendum or any of its terms at any time with or without notice. Nothing in this addendum alters the at-will nature of the employment relationship. Although other terms, conditions and benefits of employment with the Company may change from time to time, the at-will nature of employment with the Company is one aspect of the employment relationship that cannot be changed by any oral statement or alleged oral statement. It can only be changed pursuant to a written agreement covering employment status signed by a Company representative with actual express authority to enter into such an agreement.

### *Overtime*

Nonexempt team members will be paid at the rate of one and one-half times their regular hourly rate of pay for all time worked in excess of 40 hours in any one workweek and for all time worked in excess of 8 hours in any one workday.

### *Military Leave*

Team members working in Alaska will be granted a leave of absence to perform "active state service" as members of the Alaska National Guard, Alaska Naval Militia or Alaska State Defense Force. "Active state service" is service required by an order of the governor to provide service within the state in the event of war, disaster, insurrection, rebellion, tumult, catastrophe, invasion, riot or other imminent danger or failure to preserve law and order. Federal service is covered by the Uniformed Services Employment and Reemployment Rights Act of 1994 (USERRA).

The amount of leave granted will be dictated by the length of the team member's active state service. Following active state service, the team member will be returned to his/her former position, or a comparable position, at the same pay, seniority, and benefit level the team member would have been had he/she not taken active state service leave. If a returning team member is not qualified to perform the duties of the team member's position as a result of permanent disability sustained because of the team member's active state service but is qualified to perform the duties of another position, the Company will work with the team member to place him/her in an available, vacant position that most closely approximates the pay and benefits of the team member's previous position and that the team member is qualified for and capable of performing.

### *Voting Leave*

Alaska team members will be granted paid time off to vote if they do not have at least two (2) consecutive nonworking hours when the polls are open in which to vote.

25151808.1

**This is not an employment contract and does not alter your at-will employment status.**

DEF 000445



## ARIZONA ADDENDUM TO CLINICIAN HANDBOOK

The following policies supplement the policies contained in the Ob Hospitalist Group Hospitalist Handbook and are specific to team members in the state of Arizona. Where this addendum and the handbook conflict, this addendum states the Company's policy.

The contents of this addendum are guidelines only. Neither this addendum nor any other Company guideline, policy, or practice creates an employment contract. The Company reserves the right to change, correct, modify, or revoke this addendum or any of its terms at any time with or without notice. Nothing in this addendum alters the at-will nature of the employment relationship. Although other terms, conditions and benefits of employment with the Company may change from time to time, the at-will nature of employment with the Company is one aspect of the employment relationship that cannot be changed by any oral statement or alleged oral statement. It can only be changed pursuant to a written agreement covering employment status signed by a Company representative with actual express authority to enter into such an agreement.

### Witness Duty Leave

The Company will grant leave if a team member is absent from work for the purpose of attending judicial proceedings in response to a subpoena or other court order or process, which requires the team member's attendance at the judicial proceeding; this time shall be unpaid to the extent permitted by applicable law. Team members are expected to return to work as soon as their service as a witness is completed. Team members should provide as much advance notice as possible regarding their need to take leave for this purpose. The Company may require the team member to provide a copy of the summons, subpoena or court order compelling the team member's attendance.

### Crime Victim Leave

The Company will provide unpaid time off to a team member who is the victim of a crime so that the team member can attend criminal proceedings related to the crime. This includes the defendant's initial appearance, post arrest release, plea negotiations to be presented to the court, sentencing, probation revocation or termination, criminal post-conviction release and any hearing, argument or other matter scheduled by and held before a trial court at which the defendant also has the right to be present. Time off also includes proceedings set to reexamine and protect the victim's rights.

A team member who was not the victim of the crime may take leave under this policy only if the victim was killed or incapacitated and the team member is the victim's spouse, parent, child, grandparent, sibling or personal representative (or is otherwise related to the victim as provided by law) so long as the team member is not the accused.

A team member must provide advance notice and provide proper documentation related to the crime, and if applicable, a copy of the notice of each scheduled proceeding. A team member may also take unpaid time off from work to obtain or attempt to obtain an order or an injunction against harassment or any other injunctive relief to ensure the health and safety or welfare of the

This is not an employment contract and does not alter your at-will employment status.

Page 47 of 95

DEF 000446



victim or the victim's child.  The Company may limit the amount of leave provided to a team member if the leave creates an undue hardship to the Company.

### *Prohibition of Weapons*

The Company strictly prohibits the possession or carrying of firearms and other weapons on Company property, while on Company business, or while in a Company-owned vehicle. The sole exception to this policy is that team members may store a firearm in a privately owned vehicle or motorcycle in a Company parking lot if the vehicle is locked and the firearm is not visible from outside the vehicle or motorcycle.  For the purposes of this policy, "firearms" are any loaded or unloaded handgun, pistol, revolver, rifle, shotgun or other weapon that will expel, is designed to expel or may readily be converted to expel a projectile by the action of an explosive.

The Company reserves the right to conduct searches of work areas, lockers, desks, cubicles and personal items including, but not limited to, purses, briefcases, backpacks and bags for compliance with this policy.



## ARKANSAS ADDENDUM TO CLINICIAN HANDBOOK

The following policies supplement the policies contained in the Ob Hospitalist Group Hospitalist Handbook and are specific to team members in the state of Arkansas. Where this addendum and the handbook conflict, this addendum states the Company's policy.

The contents of this addendum are guidelines only. Neither this addendum nor any other Company guideline, policy, or practice creates an employment contract. The Company reserves the right to change, correct, modify, or revoke this addendum or any of its terms at any time with or without notice. Nothing in this addendum alters the at-will nature of the employment relationship. Although other terms, conditions and benefits of employment with the Company may change from time to time, the at-will nature of employment with the Company is one aspect of the employment relationship that cannot be changed by any oral statement or alleged oral statement. It can only be changed pursuant to a written agreement covering employment status signed by a Company representative with actual express authority to enter into such an agreement.

### *Armed Services Leave*

An team member who is called to active state duty as a member of the armed forces of Arkansas or any other state, including without limitation the National Guard, a reserve component of the armed forces, or the militia, is entitled to the same military leave protections as though that person had been called to active duty in the service of the United States under the Uniformed Services Employment and Reemployment Rights Act of 1994.

### *Clean Indoor Air Act*

The Arkansas Clean Indoor Air Act of 2006 prohibits smoking in all public places and enclosed areas within places of employment. It is unlawful for any employer to discriminate or retaliate in any manner against a person for making a complaint of a possible violation of the Act. Accordingly, any team member may report smoking violations without fear of discrimination or retaliation to their manager or to human resources.

### *Crime Victim Leave*

At the request of a prosecuting attorney, team members will be allowed unpaid time off to participate in preparations for or to attend criminal justice proceedings if the team member's participation or attendance is reasonably necessary to protect the interests of a crime victim.

### *Jury Duty*

Upon providing reasonable notice to a manager of a summons, no team member summoned to serve on a state or federal jury shall be subject to discharge or retaliation for serving on a jury. Team members may but are not required to use any accrued paid time off while taking leave for jury service. Team members are expected to return to work as soon as their jury service has ended.

### *Organ and Bone Marrow Donor Leave*

**This is not an employment contract and does not alter your at-will employment status.**

DEF 000448



A team member who elects to serve as an organ or bone marrow donor may request up to 90 days of unpaid leave if necessary to fulfill their donation requirements.  Team members must submit their request in writing as soon as they are aware of the need to make a donation.  This leave is not available to a team member who is eligible for leave under the Family and Medical Leave Act (FMLA).   Eligible team members may use accrued paid time off while taking this form of leave.

### *Voting Leave*

On any election day, work hours will be scheduled to allow team members a reasonable opportunity to exercise their voting rights.

DEF 000449



# COLORADO ADDENDUM TO CLINICIAN HANDBOOK

The following policies supplement the policies contained in the Ob Hospitalist Group Hospitalist Handbook and are specific to team members in the state of Colorado.  Where this addendum and the handbook conflict, this addendum states the Company's policy.

The contents of this addendum are guidelines only.  Neither this addendum nor any other Company guideline, policy, or practice creates an employment contract.  The Company reserves the right to change, correct, modify, or revoke this addendum or any of its terms at any time with or without notice.  Nothing in this addendum alters the at-will nature of the employment relationship.  Although other terms, conditions and benefits of employment with the Company may change from time to time, the at-will nature of employment with the Company is one aspect of the employment relationship that cannot be changed by any oral statement or alleged oral statement.  It can only be changed pursuant to a written agreement covering employment status signed by a Company representative with actual express authority to enter into such an agreement.

### *Drug Testing*

The legal status of controlled substances, including marijuana, shall be determined by federal, rather than Colorado, law. Colorado voters approved Amendment 20 on the 2000 November Election ballot, allowing for medical use of marijuana. In November 2012, Colorado voters approved Amendment 64, which legalized the use of recreational marijuana. Neither measure requires the Company to accommodate the medical use or possession of marijuana in any work place. Likewise, the Company will not tolerate or accommodate the off-duty use of marijuana or any other illegal drug by team members.

### *Volunteer/Emergency Services Leave*

The Company will provide leave to a team member who is a volunteer firefighter and who fails to report to work because the team member has responded to an emergency summons if the team member provides the Company with a written statement from the chief of the fire department that the team member's absence was due to the response.

The Company will provide leave to a team member who is a volunteer firefighter and who leaves work to respond to an emergency summons, if:

1) The Company does not deem the team member to be essential to the operation of the Company's daily enterprise;

2) The Company has previously received written documentation from the Fire Chief of the team member's fire department notifying the Company of the team member's status as a volunteer firefighter;

3) The Company is within the response area of the team member's fire department and is of such magnitude that the emergency summons issued by the Fire Chief requires all firefighters to respond; and

This is not an employment contract and does not alter your at-will employment status.

Page 51 of 95

DEF 000450



4) The Chief of the team member's fire department provides the Company with a written statement verifying the time, date, and duration of the team member's response.

The Company may deduct time lost from employment caused by a response to an emergency summons from the wages of a team member who is a volunteer firefighter.

### Domestic Violence

The Company permits team members to request or take up to three working days of leave from work in any twelve-month period, with or without pay, if the team member is the victim of domestic abuse, the victim of stalking, the victim of sexual assault, or the victim of any other crime where the underlying factual basis of which has been found by a court on the record to include an act of domestic violence (as the term is defined in C.R.S. 18-6-800.3(1)). This section shall only apply if such team member is using the leave from work to protect him or herself by:

1) Seeking a civil protection order to prevent domestic abuse pursuant to C.R.S. 13-14-102;

2) Obtaining medical care or mental health counseling or both for himself or herself or for his or her children to address physical or psychological injuries resulting from the act of domestic abuse, stalking, or sexual assault or other crime involving domestic violence;

3) Making his or her home secure from the perpetrator of the act of domestic abuse, stalking, or sexual assault or other crime involving domestic violence or seeking new housing to escape said perpetrator;

4) Seeking legal assistance to address issues arising from the act of domestic abuse, stalking, or sexual assault or other crime involving domestic violence and attending and preparing for court-related proceedings arising from said act or crime.

Except in cases of imminent danger to the health or safety of the team member, a team member seeking leave from work pursuant to this section shall provide the Company with the appropriate advance notice of such leave as may be required by the Company's policy and such documentation as may be required by the Company. A team member seeking leave pursuant to this section, prior to receiving such leave, shall exhaust any and all annual or vacation leave, personal leave, and sick leave, if applicable, that may be available to the team member, unless the Company waives this requirement.

### Jury/Witness Duty Leave

The Company will pay regularly-employed team members who are called to serve as trial or grand jurors their regular wages, but not to exceed fifty ($50) dollars per day unless by mutual agreement between the team member and the Company, for the first three days of juror service or any part thereof. Regular employment include part-time, temporary, and casual employment if the employment hours may be determined by a schedule, custom, or practice established during the three-month period preceding the juror's term of service.

**This is not an employment contract and does not alter your at-will employment status.**

DEF 000451



### *Voting Leave*

Team members whose scheduled shifts do not permit them three or more hours for voting on election day are entitled to be absent from work for the purpose of voting for a period of two hours during the time the polls are open. These team members will not receive any deduction from their usual salary or wages, on account of their absence. Team members who are paid by the hour will receive their regular hourly wage for the period of their absence, not to exceed two hours.  Team members should apply for the leave of absence before the day of election. The Company may specify the hours during which the team member may be absent, but the hours shall be at the beginning or end of the work shift, if the team member so requests. This policy does not apply to team members whose hours of employment on the day of the election are such that there are three or more hours between the time of opening and the time of closing of the polls during which the elector is not required to be on the job.

### *Overtime*

The Company will pay non-exempt team members time and one-half of the regular rate of pay for any work in excess of:

1) Forty (40) hours per workweek;

2) Twelve (12) hours per workday, or

3) Twelve (12) consecutive hours without regard to the starting and ending time of the workday (excluding duty free meal periods), whichever calculation results in the greater payment of wages.

### *Meal Periods and Rest Breaks*

The Company provides team members an uninterrupted and "duty-free" meal period of at least a thirty (30) minute duration when the scheduled work shift exceeds five consecutive hours of work. The team member must be completely relieved of all duties and permitted to pursue personal activities to qualify as a non-work, uncompensated period of time.

When the nature of the business activity or other circumstances exist that makes an uninterrupted meal period impractical, the Company will permit the team member to consume an "on-duty" meal while performing duties. The Company will permit team members to fully consume a meal of choice "on the job" and be fully compensated for the "on-duty" meal period without any loss of time or compensation.

The Company authorizes and permits rest periods, which, insofar as practicable, are in the middle of each four (4) hour work period. The Company provides a compensated ten (10) minute rest period for each four (4) hours or major fractions thereof. Such rest periods are not deducted from the team member's wages. It is not necessary that the team member leave the premises for said rest period.

DEF 000452



# DELAWARE ADDENDUM TO CLINICIAN HANDBOOK

The following policies supplement the policies contained in the Ob Hospitalist Group Hospitalist Handbook and are specific to team members in the state of Delaware. Where this addendum and the handbook conflict, this addendum states the Company's policy.

The contents of this addendum are guidelines only. Neither this addendum nor any other Company guideline, policy, or practice creates an employment contract. The Company reserves the right to change, correct, modify, or revoke this addendum or any of its terms at any time with or without notice. Nothing in this addendum alters the at-will nature of the employment relationship. Although other terms, conditions and benefits of employment with the Company may change from time to time, the at-will nature of employment with the Company is one aspect of the employment relationship that cannot be changed by any oral statement or alleged oral statement. It can only be changed pursuant to a written agreement covering employment status signed by a Company representative with actual express authority to enter into such an agreement.

### *Emergency Responder Leave*

The Company will not terminate, demote, or otherwise discipline a volunteer firefighter, emergency medical technician, or fire/police officer who is absent from the workplace in connection with volunteer emergency services (including (1) acting as a volunteer emergency responder with respect to a governor-declared state of emergency for up to 7 consecutive days; (2) acting as a volunteer emergency responder with respect to a president-declared, national emergency for up to 14 consecutive days; or (3) receiving treatment for injuries sustained performing volunteer emergency services). Any such leave will not be paid. Team members must provide the Company notice of such leave as soon as practicable.

DEF 000453



# FLORIDA ADDENDUM TO CLINICIAN HANDBOOK

The following policies supplement the policies contained in the Ob Hospitalist Group Hospitalist Handbook and are specific to team members in the state of Florida. Where this addendum and the handbook conflict, this addendum states the Company's policy.

The contents of this addendum are guidelines only. Neither this addendum nor any other Company guideline, policy, or practice creates an employment contract. The Company reserves the right to change, correct, modify, or revoke this addendum or any of its terms at any time with or without notice. Nothing in this addendum alters the at-will nature of the employment relationship. Although other terms, conditions and benefits of employment with the Company may change from time to time, the at-will nature of employment with the Company is one aspect of the employment relationship that cannot be changed by any oral statement or alleged oral statement. It can only be changed pursuant to a written agreement covering employment status signed by a Company representative with actual express authority to enter into such an agreement.

### *Equal Employment Opportunity and Anti-Harassment*

In addition to the areas outlined in the Hospitalist Handbook, the Company also prohibits race discrimination in providing equal pay for equal work, wage rate discrimination based on sex, discrimination or harassment based on actual or perceived AIDS/HIV status, and discrimination or harassment against persons with sickle-cell traits.

### *Jury Duty*

Team Members Working in Broward County

A team member who is regularly scheduled to work at least 35 hours a week will receive pay for jury duty service in Broward County for up to five (5) working days, provided that the team member gives a copy of the summons to his or her Team Lead within five (5) working days before the beginning of his or her jury service. The Company may deny or withhold from the team member's usual wages or salary an amount equal to the statutory fees to which the team member is entitled for performing jury service or otherwise.

Team Members Working in Miami-Dade County

A team member who is regularly scheduled to work at least 35 hours a week will receive pay for jury duty service in Broward County for up to five (5) working days, provided that the team member gives a copy of the summons to his or her Team Lead within five (5) working days before the beginning of his or her jury service. Payment under this policy does not include any commissions to which the team member may be entitled. The Company may deny or withhold from the team member's usual wages or salary an amount equal to the statutory fees to which the team member is entitled for performing jury service or otherwise.

### *Domestic Violence and Sexual Assault Leave*



Team members who are victims of domestic violence are entitled to up to 3 days of unpaid leave in a rolling 12-month period, if they have been employed for 3 months or longer. This leave is intended to cover specific activities related to domestic violence incidents including: seeking an injunction for protection against domestic violence or repeat violence, dating violence, or sexual violence; obtaining medical care or mental health counseling or both for the team member of a family or household member to address injuries resulting from domestic violence; obtaining services from victims services organizations such as a domestic violence shelter or rape crisis center; making the team member's home secure from the perpetrator of domestic violence or finding a new home to escape the perpetrator; or seeking legal assistance to address issues arising from domestic violence or attending or preparing for court related proceedings arising from the act of domestic violence.

For purposes of this policy, a family or household member includes spouses, former spouses, persons related by blood or marriage, persons who are presently residing together as if a family or who have resided together in the past as if a family, and persons who are parents of a child in common regardless of whether they have been married. With the exception of persons who have a child in common, the family or household members must be currently residing or have in the past resided together in the same single dwelling unit.

Except in cases of imminent danger to the health or safety of the team member or of the team member's family or household member, team members must provide 30 days advance notice of the leave or as much advance notice as possible. Team member may be requested to provide sufficient documentation of the need for leave. A team member seeking domestic violence leave must first exhaust all other types of available leave. Any request for domestic violence leave will be kept confidential to the extent allowed by law and will be handled by Human Resources.



## ILLINOIS ADDENDUM TO CLINICIAN HANDBOOK

The following policies supplement the policies contained in the Ob Hospitalist Group Hospitalist Handbook and are specific to team members in the state of Illinois. Where this addendum and the handbook conflict, this addendum states the Company's policy.

The contents of this addendum are guidelines only. Neither this addendum nor any other Company guideline, policy, or practice creates an employment contract. The Company reserves the right to change, correct, modify, or revoke this addendum or any of its terms at any time with or without notice. Nothing in this addendum alters the at-will nature of the employment relationship. Although other terms, conditions and benefits of employment with the Company may change from time to time, the at-will nature of employment with the Company is one aspect of the employment relationship that cannot be changed by any oral statement or alleged oral statement. It can only be changed pursuant to a written agreement covering employment status signed by a Company representative with actual express authority to enter into such an agreement.

### *Pregnancy Accommodation*

During pregnancy, some women experience no, or very few, limitations. Others may have complications that develop as a result of the pregnancy or exacerbation of impairments such as diabetes, lifting limitations or high blood pressure. The Company appreciates that as a result, women who are working during pregnancy may require job accommodations during and after their pregnancies.

The Company is committed to the well-being and safety of both the team member and her unborn child during pregnancy and complying with employment laws applicable to expectant mothers, including the Pregnancy Discrimination Act, Americans with Disabilities Act, and Illinois Human Rights Act. The Company's policy is to make accommodation for pregnancy, childbirth, and medical and common conditions related to pregnancy and childbirth when possible and to provide a period of leave after the birth of the team member's child.

A pregnant team member may continue to work until she is certified as unable to work by her physician.

<u>Requesting Accommodation during Pregnancy</u>

1.   In the event the team member's pregnancy or a pregnancy-related condition requires time away from work, the team member should contact the Physician Engagement Team and follow the procedures for requesting a leave of absence. Time away from work will be unpaid, unless the team member has paid leave available under other policies, procedures, or benefit plans.

2.   In the event an expectant team member requires accommodation for any medical or common condition related to pregnancy or childbirth, the team member should initially report the situation to her Team Lead or the Physician Engagement Team. The Physician Engagement Team and the Team Lead will work with the team member to identify an appropriate accommodation.

<u>**This is not an employment contract and does not alter your at-will employment status.**</u>

DEF 000456



3.   Depending on the nature of the requested accommodation, the team member may be required to provide appropriate documentation from her physician to support the need for an accommodation.   Documentation may include the medical justification for the requested accommodation(s), a description of the reasonable accommodation(s) that is medically advisable, the date the reasonable accommodation(s) became medically advisable, and the probable duration of the reasonable accommodation(s).

4.   Although the Company will do everything possible to work with the team member to identify and implement an appropriate accommodation, it must be recognized that an accommodation is not always possible where the requested accommodation will pose an undue hardship on the Company's ordinary operation of its business.

<u>Supplement to Anti-Harassment/Anti-Discrimination Policy</u>

The Company hopes that any incident of sexual harassment can be resolved through the internal process outlined in the Hospitalist Handbook. However, in Illinois, employees have the right to file formal charges with the Illinois Department of Human Rights ("IDHR") and/or the United States Equal Employment Opportunity Commission ("EEOC"). A charge with IDHR must be filed within 180 days of the incident of sexual harassment. A charge with EEOC must be filed within 300 days of the incident.

<u>Administrative Contacts</u>

<u>Illinois Department of Human Rights</u>
Chicago: 312-814-6200 or 800-662-3942
Chicago TTY: 866-740-3953
Springfield: 217-785-5100
Springfield TTY: 866-740-3953
Marion: 618-993-7463
Marion TTY: 866-740-3953

<u>Illinois Human Rights Commission</u>
Chicago: 312-814-6269
Chicago TTY: 312-814-4760
Springfield: 217-785-4350
Springfield TTY: 217-557-1500

<u>U.S. Equal Employment Opportunity Commission</u>
Chicago: 800-669-4000
Chicago TTY: 800-869-8001

DEF 000457



### *Voting Leave*

Team members who do not have sufficient time outside of working hours to vote in a statewide election may request up to two (2) paid hours off in order to vote. The Company reserves the right to select the hours a team member is excused to vote. Team members must notify their Team Lead of the need for voting leave as soon as possible. When a team member returns from voting leave, he or she must present a voter's receipt to the Team Lead as soon as possible.

### *Family Military Leave*

Eligible team members who are the spouse or parent of a person called to serve over thirty (30) days in the military may take up to **[fifteen (15)/thirty (30)]** days of unpaid family military leave during the military service member's deployment.

To be eligible for family military leave, team members must have been employed by the Company for twelve (12) months and worked 1,250 hours during the twelve (12) month period immediately preceding the start of the leave.

Team members must provide the Company with at least fourteen (14) days' notice for leave lasting five (5) or more consecutive workdays. For leaves of less than five (5) days, team members must provide the Company with as much notice as practicable.

Team members must provide certification from the proper military authority to verify eligibility for the leave requested.

### *Civil Air Patrol Leave*

Team members who serve as members of the Civil Air Patrol and are called to perform a civil air patrol mission are entitled to up to thirty (30) days of unpaid leave.

In order to be eligible for leave under this policy, the team member must have:

- Been employed by the Company for at least twelve (12) months; and
- Been employed for at least 1,250 hours of service during the twelve (12) month period immediately preceding the commencement of leave.

Eligible team members must give at least fourteen (14) days' notice to the Company of the date when leave will commence if it will consist of five (5) or more consecutive work days. Team members should consult with the Team Lead to schedule leave so as not to unduly disrupt business operations.

If the leave is less than five (5) consecutive work days, team members should provide the Team Lead with reasonable advance notice.

Team members may be required to provide certification from a civil air patrol authority of eligibility for the requested leave.

Team members may elect to continue their health insurance at their own expense while taking leave in accordance with this policy.

**This is not an employment contract and does not alter your at-will employment status.**

DEF 000458



### School Visitation Leave

Team members who are parents, guardians, or custodial grandparents are entitled to take up to eight (8) hours of unpaid leave each school year to participate in the school activities of their child, ward, or custodial grandchild who is in a licensed day care facility, kindergarten, or grades one (1) through twelve (12). Time off may not exceed four (4) hours in any calendar day of the school year. Team members are eligible for school visitation leave after they have been employed for at least 6 consecutive months and work at least a half-time schedule.

Team members may be required to provide a written request for leave at least 7 days in advance, except in emergency situations, where 24 hours' notice may be required. The Company may require the employee to provide written documentation from the school verifying the team member's attendance at a school activity.

### Volunteer Emergency Worker Leave

A team member who serves as an unpaid "volunteer emergency worker" is entitled to an unpaid leave when absent from work in order to respond to an emergency call received prior to the time the team member is scheduled to report to work. For purposes of this leave, "volunteer emergency worker" means a person who does not receive monetary compensation for his or her services as a volunteer firefighter, Emergency Medical Technician (licensed as an EMT-B, EMT-I, or EMT-P under the Emergency Medical Services (EMS) Systems Act), a volunteer ambulance driver or attendant, or a volunteer "First Responder," as defined in Sec. 3.60 of the EMS Systems Act, to a fire department, fire protection district, or other governmental entity, and who does not work in one of these capacities for any other fire department, fire protection district, or governmental entity for monetary compensation.

Team members utilizing this leave shall make reasonable efforts to notify the Company of their service and shall continue to make reasonable notification efforts over the course of any absence.

The Company may request a team member to provide a written verification from the supervisor or acting supervisor of the volunteer fire department or emergency medical services for which the team member served as a volunteer emergency worker and the time thereof.

Exempt team members may be provided time off with pay when necessary to comply with state and federal wage and hour laws.

### Volunteer Fire Protection Trustee Leave

A team member who serves as an elected or appointed trustee of a fire protection district is entitled to unpaid leave to attend a meeting of the board of trustees, including travel time.

Team members utilizing this leave shall make reasonable efforts to notify the Company of the need for leave under this policy.

For more information regarding this leave, team members should see their Team Lead.

Exempt team members may be provided time off with pay when necessary to comply with state and federal wage and hour laws.

**This is not an employment contract and does not alter your at-will employment status.**

DEF 000459



### Blood Donor Leave

Full-time team members who have been employed with the Company for at least six (6) months may be eligible to receive up to one (1) hour of paid leave to donate blood every fifty-six (56) days.

Team members should provide their Team Lead with written verification of the purpose and length of each leave.

### Domestic and Sexual Violence Leave

Team members who are the victims of domestic or sexual violence or have family or household members who are victims of domestic or sexual violence shall be permitted to take unpaid leave up to a total of **[eight (8)/twelve (12)]** work-weeks during any twelve (12) month period.  Such leave must be used to: (i) seek medical attention for, or recover from, physical or psychological injuries caused by domestic or sexual violence to the team member or the team member's family or household member; (ii) obtain services from a victim services organization for the team member or the team member's family or household member; (iii) obtain psychological or other counseling for the team member or the team member's family or household member; (iv) participate in safety planning, temporarily or permanently relocate, or take other actions to increase the safety of the team member or the team member's family or household member from future domestic or sexual violence or ensure economic security; or (v) seek legal assistance or remedies to ensure the health and safety of the team member or the team member's family or household member, including preparing for or participating in any civil or criminal legal proceeding related to or derived from the domestic or sexual violence.

Affected team members must give the Company reasonable advance notice of at least two (2) days of their intention to take leave for a purpose stated above, except for unscheduled or emergency court appearances or other emergency circumstances where it is not practicable to do so.  In such cases, the Company will take no action against affected team members if, within a reasonable time after the absence, they provide the Company with documentary evidence that their absence was required for any of the above reasons.

The Company will hold the information that employees provide to the Company in order to request leave in confidence, except to the extent that disclosure is: (i) requested or consented to in writing by the team member; (ii) otherwise required by applicable federal or state law.

Leave under this policy may be taken intermittently or on a reduced work schedule.

This leave does not create a right for team members to take unpaid leave that exceeds the unpaid leave time allowed under, or in addition to unpaid leave time permitted by, the Federal Family and Medical Leave Act.



### *Election Judge Leave*

Appointed election judges will be granted unpaid leave on the day of an election. Team members must provide at least twenty (20) days' written notice of the need for leave and provide documentation demonstrating the appointment and the dates of the required service.

Exempt team members may be provided time off with pay when necessary to comply with state and federal wage and hour laws.

**This is not an employment contract and does not alter your at-will employment status.**

DEF 000461



# INDIANA ADDENDUM TO CLINICIAN HANDBOOK

The following policies supplement the policies contained in the Ob Hospitalist Group Hospitalist Handbook and are specific to team members in the state of Indiana. Where this addendum and the handbook conflict, this addendum states the Company's policy.

The contents of this addendum are guidelines only. Neither this addendum nor any other Company guideline, policy, or practice creates an employment contract. The Company reserves the right to change, correct, modify, or revoke this addendum or any of its terms at any time with or without notice. Nothing in this addendum alters the at-will nature of the employment relationship. Although other terms, conditions and benefits of employment with the Company may change from time to time, the at-will nature of employment with the Company is one aspect of the employment relationship that cannot be changed by any oral statement or alleged oral statement. It can only be changed pursuant to a written agreement covering employment status signed by a Company representative with actual express authority to enter into such an agreement.

### *Family Military Leave*

Statement of Purpose

To allow eligible team members to spend time with family members who have been called up for active duty in the military.

Eligibility

To be eligible for military family leave, a team member must have been employed with the Company for at least twelve months and must have worked at least 1,500 hours during the twelve-month period immediately preceding the leave and must be the:

- a legal spouse;
- a biological mother or father; an adoptive mother or father; or a court-appointed guardian or custodian;
- a biological grandparent, an adoptive grandparent, a foster grandparent or a step grandparent;
- a biological brother or sister, an adoptive brother or sister, a stepbrother or stepsister or a foster brother or sister; or
- a biological child, adopted child, foster child or stepchild
  of a person who is ordered to active duty.

Policy

Eligible team members are provided an unpaid leave of absence of up to ten (10) working days (consecutive or non-consecutive) per year when the team member's family member who is a member of the U.S. Armed Forced, the U.S. Armed Forces Reserve Unit, or the Indiana Air or Army National Guard, is deployed for full-time military service on active duty orders for eighty-nine (89) days or longer. For purposes of this policy, a year shall consist of a rolling calendar year looking back from the date the leave is scheduled to begin.

<u>**This is not an employment contract and does not alter your at-will employment status.**</u>

DEF 000462



Health care benefits in which the eligible team member participated before taking leave under this policy will be continued during the leave period under the same conditions. An eligible team member taking leave under this policy still will be required to pay the team member's portion of the health care insurance premium normally withheld from the team member's paycheck.

<u>Timing of Leave</u>

An eligible team member may take up to a total of ten (10) unpaid working days (consecutive or non-consecutive) of military family leave during a year. The days may be taken during one or more of the following periods, but may not exceed ten (10) days total:

- During the thirty (30) days before active duty orders are in effect;
- During a period in which the family member ordered to active duty is on leave while active duty orders are in effect; and/or
- During the thirty (30) days after the active duty orders are terminated.

<u>Notice of Intent to Take Leave</u>

An eligible team member who wants to take an unpaid military family leave under this policy must request leave under the policy by providing written notice of the date the leave will begin, including a copy of the active duty orders if available, to the team member's Team Lead or the Physician Engagement Team. The notice must be given at least thirty (30) days before the date on which the team member intends to take the leave, unless the active duty orders are issued less than thirty (30) days before the date the requested leave is to begin. In that situation, notice should be provided as soon as practicable after the active duty orders are issued.

<u>Concurrent Leaves</u>

To the extent a team member's military family leave also qualifies for some other type of leave (such as FMLA), such leaves shall run concurrently to the fullest extent allowed by law.

***Emergency Responder/Volunteer Firefighter/Volunteer Ambulance Driver Leave***
Team members who volunteer as volunteer firefighters or members of a volunteer emergency medical service will be granted unpaid leave to respond to a fire or emergency call, or for an absence to recover from an injury that occurred during an emergency response. An absence to recover from such an injury shall not exceed six (6) months.

To be eligible for this leave, a team member must give advance written notice that he or she is a member of a volunteer fire department or emergency medical service. If the Company determines that the team member is an essential team member, the team member can be denied such leave.

A team member must give notice prior to the beginning of the work shift that he or she will be absent from work to respond to an emergency. If a team member needs to leave work to

<u>**This is not an employment contract and does not alter your at-will employment status.**</u>

DEF 000463



respond to an emergency, the permission of the Team Lead supervisor must be obtained prior to leaving work.

The Company may require a written statement from the fire chief or other officer in charge showing the team member was engaged in the emergency response.

### *Lactation Breaks*

To the extent reasonably possible, the Company shall:

(1) provide a refrigerator or other cold storage space for keeping milk that has been expressed; or

(2) allow the team member to provide the team member's own portable cold storage device for keeping milk that has been expressed until the end of the team member's work day.



# IOWA ADDENDUM TO CLINICIAN HANDBOOK

The following policies supplement the policies contained in the Ob Hospitalist Group Hospitalist Handbook and are specific to team members in the state of Iowa. Where this addendum and the handbook conflict, this addendum states the Company's policy.

The contents of this addendum are guidelines only. Neither this addendum nor any other Company guideline, policy, or practice creates an employment contract. The Company reserves the right to change, correct, modify, or revoke this addendum or any of its terms at any time with or without notice. Nothing in this addendum alters the at-will nature of the employment relationship. Although other terms, conditions and benefits of employment with the Company may change from time to time, the at-will nature of employment with the Company is one aspect of the employment relationship that cannot be changed by any oral statement or alleged oral statement. It can only be changed pursuant to a written agreement covering employment status signed by a Company representative with actual express authority to enter into such an agreement.

### Civic Duty Leave
The Company will provide team members leave to serve as a witness in a criminal proceeding, or as a plaintiff, defendant or witness in a civil proceeding. Where such leave does not arise from circumstances under which the Company provides paid leave under the Witness Duty policy in the Hospitalist Handbook, leave under this policy will be unpaid.

### Election Day Leave
Team members will be provided with paid leave sufficient to ensure that the team member has three (3) consecutive hours (when combined with nonworking time) within which to vote while polls are open. To be eligible for paid voting leave, the team member must request the leave in writing before the day of the election or vote. When a team member returns from voting leave, that team member must present a voter's receipt to the Team Lead as soon as possible.

### Pregnancy Leave
The Company will grant pregnancy leave consistent with Iowa Code 216.6(2). This means that where a leave (or a sufficient leave) is not available is not available at the Company under any applicable health, temporary disability insurance, or sick leave plan, the Company will provide a leave of absence of up to eight weeks for a team member disabled by pregnancy for the period that the team member is disabled because of the team member's pregnancy, childbirth, or related medical conditions. However, the team member must provide timely notice of the period of leave requested and the Company must approve any change in the period requested before the change is effective. Before granting such a leave of absence, the Company may require that the team member's disability resulting from pregnancy be verified by medical certification stating that the team member is not able to reasonably perform the duties of employment.

### Breastfeeding in the Workplace
In accordance with Iowa Code § 135.30A, a woman may breastfeed her child in any public place where the woman's presence is otherwise authorized.



### *Elected Official Leave*

The Company will grant a team member who is elected to a municipal, county, state, or federal office an unpaid leave of absence to serve in that office, except where prohibited by federal law, upon written application of the team ember. A team member taking leave of absence to serve as an elected official will not suffer any loss of net credited service or benefits already earned.

### *Emergency Response Leave*

The Company will not discharge a team member for joining a volunteer emergency services unit or organization, including but not limited to any municipal, rural, or subscription fire department. If the Company has been provided written notification that the team member is a volunteer emergency services provider, the Company will not discharge the team member because he or she was absent from or late to work in order to respond as a volunteer emergency services provider. The Company will determine whether a team member may leave work to respond to an emergency as part of the team member's volunteer emergency services provider duties. Unless prohibited by applicable law, the time period that the team member is absent from work while performing duties as a volunteer emergency services provider shall be unpaid.

### *National Guard, National Reserves and Civil Air Patrol Leave*

Members of the National Guard, organized national reserves, or civil air patrol who are in other than temporary positions and who are ordered to temporary active duty for training, federal active duty, or state active duty are entitled to leave for the period of such service. The Company will not (1) discriminate against any officer or enlisted member of the National Guard, organized national reserves, or civil air patrol because of such membership; (2) discharge a team member because of being an officer or enlisted member of state military forces or to hinder or prevent such officer or enlisted member from performing any authorized military service; or (3) violate military leave and reemployment provisions for team members, in other than temporary positions, who are members of the National Guard, U.S. organized reserves, or civil air patrol.

DEF 000466



## KENTUCKY ADDENDUM TO CLINICIAN HANDBOOK

The following policies supplement the policies contained in the Ob Hospitalist Group Hospitalist Handbook and are specific to team members in the state of Kentucky. Where this addendum and the handbook conflict, this addendum states the Company's policy.

The contents of this addendum are guidelines only. Neither this addendum nor any other Company guideline, policy, or practice creates an employment contract. The Company reserves the right to change, correct, modify, or revoke this addendum or any of its terms at any time with or without notice. Nothing in this addendum alters the at-will nature of the employment relationship. Although other terms, conditions and benefits of employment with the Company may change from time to time, the at-will nature of employment with the Company is one aspect of the employment relationship that cannot be changed by any oral statement or alleged oral statement. It can only be changed pursuant to a written agreement covering employment status signed by a Company representative with actual express authority to enter into such an agreement.

### *Equal Employment Opportunity—Status as a Smoker or Nonsmoker*

The Company is committed to providing equal employment opportunities to all team members and applicants without regard to whether the individual is a smoker or a nonsmoker.

This policy extends to all aspects of the Company's employment practices, including but not limited to, recruiting, hiring, discipline, firing, promoting, transferring, compensation, benefits, training, leaves of absence, and other terms and conditions of employment.

Notwithstanding this policy, all team members must comply with all workplace policies concerning smoking and tobacco use, including those set forth in the Hospitalist Handbook.

### *Overtime*

Any non-exempt team member who works on all seven (7) days in a single workweek will be paid overtime for all hours worked on the seventh day. Any non-exempt team member who works more than forty hours in a single workweek will be paid overtime for all hours worked exceeding forty. Overtime is paid at 1.5 times (or time and a half) the team member's regular rate of pay.

### *Kentucky National Guard Leave*

The Company will not fail or refuse to hire, or discharge any individual, or otherwise discriminate against an individual with respect to compensation, terms, conditions, or privileges of employment, because the individual is a member of the Kentucky National Guard or Kentucky active militia. Team members who are members of the Kentucky National Guard or Kentucky active militia will be allowed an unpaid leave of absence for the period required to perform active duty or training in the National Guard. Upon the team member's release from a period of active duty or training, the team member will be returned to his or her former position and will not lose any seniority, status pay or benefits the team member would have had if he or she had not been absent.

**This is not an employment contract and does not alter your at-will employment status.**

DEF 000467



### Time Off to Vote

If a team member would like to vote in a state election, but does not have sufficient time to vote during non-work hours, he or she may arrange to take up to four hours off from work with pay to vote or to obtain an absentee ballot from the county clerk's office. To receive time off under this policy, team members must obtain advance approval from their Team Lead and must take the time off either at the beginning or end of their work shift. A team member may be subject to disciplinary action if, absent circumstances that prohibited the team member from voting, a team member who takes time off to vote under this policy does not actually cast a vote.

### Election Officer Leave

If a team member has been selected to serve as an election officer in a state election, he or she may arrange to be absent from work for an entire day if needed in order to attend training or to serve as an election officer.

### Leave for Appearance as Witness

In addition to the leave granted under the Witness Duty policy in the Hospitalist Handbook, team members will be allowed unpaid time off to appear before local, state, or federal courts, or administrative tribunals or hearings, if such team member provides advance notice that he or she is required to serve by presenting a copy of the court or administrative certificate to the Company. If a team member receives a subpoena to appear in court or an administrative tribunal, he or she must notify the Team Lead immediately. Team members are expected to return to work as soon as their service as a witness is completed.

### Adoption Leave

Team members will be provided reasonable personal leave not to exceed six (6) weeks for the reception of an adoptive child under the age of seven (7). Team members must request leave under this policy in writing.

Any leave under this policy shall run concurrently with FMLA leave, if applicable.

### Emergency Services Leave

A team member who serves as a volunteer firefighter, rescue squad member, emergency medical technician, peace officer, or a member of an emergency management agency will be provided unpaid time off in order to respond to an emergency prior to the time the associate is scheduled to report to work. A team member who is absent from work as a result of his or her role in responding to an emergency must provide a written statement from the supervisor or acting supervisor of the volunteer fire department, rescue squad, emergency medical services agency, law enforcement agency, or the director of the emergency management agency stating that the team member responded to an emergency and specifying the time and date of the emergency.

A team member who is a volunteer firefighter, rescue squad member, emergency medical technician, peace officer, or member of an emergency management agency will be provided an unpaid leave of absence of no more than twelve (12) months because of injuries incurred in the line of duty. Any such leave shall run concurrently with FMLA leave, if applicable. In order to request time off because of such injuries, the team member should provide:

    (a)    A written statement from the supervisor, acting supervisor, or director of the volunteer fire department, rescue squad, emergency medical services agency, law

**This is not an employment contract and does not alter your at-will employment status.**

DEF 000468



enforcement agency, or emergency management agency under whose command the team member was on active duty and on assignment with that fire department, rescue squad, emergency medical services agency, law enforcement agency, or emergency management agency when the injury occurred; and

(b)   A written statement from at least one (1) licensed and practicing physician stating that the volunteer firefighter, rescue squad member, emergency medical technician, peace officer, or member of an emergency management agency is injured and a date for the team member's return to work.

### *Violence Free Workplace Policy*

Team members are expected to comply with the Violence Free Workplace Policy contained in the Hospitalist Handbook.  However, it shall not be a violation of the Violence Free Workplace Policy or any other Company policy for a team member working in Kentucky who has the legal right to possess a firearm to possess that firearm in a vehicle in a parking lot owned, leased or occupied by the Company.  Such stored firearms may only be removed from the vehicle or handled by the team member in the limited case of self-defense, defense of another, or defense of property.  Removing that stored firearm from the vehicle under any other circumstance is strictly prohibited.  Firearms are not allowed in Company-owned vehicles.

DEF 000469



## LOUISIANA ADDENDUM TO CLINICIAN HANDBOOK

The following policies supplement the policies contained in the Ob Hospitalist Group Hospitalist Handbook and are specific to team members in the state of Louisiana. Where this addendum and the handbook conflict, this addendum states the Company's policy.

The contents of this addendum are guidelines only. Neither this addendum nor any other Company guideline, policy, or practice creates an employment contract. The Company reserves the right to change, correct, modify, or revoke this addendum or any of its terms at any time with or without notice. Nothing in this addendum alters the at-will nature of the employment relationship. Although other terms, conditions and benefits of employment with the Company may change from time to time, the at-will nature of employment with the Company is one aspect of the employment relationship that cannot be changed by any oral statement or alleged oral statement. It can only be changed pursuant to a written agreement covering employment status signed by a Company representative with actual express authority to enter into such an agreement.

### *Pregnancy Leave*

Any female team members considered disabled because of pregnancy, childbirth, or related conditions will be granted an extended unpaid leave of up to four months for the period of time during which the employee is considered disabled. The Company will provide up to six weeks of unpaid leave in the case of normal pregnancies or childbirth. Leave taken under this policy will run concurrently with any other leave for which the employee is eligible, including leave under the federal Family and Medical Leave Act.

Team members must provide reasonable written notice of their pregnancy or related disability, including a doctor's certificate, the expected date the leave will begin, and expected date of return to work.

Upon request and with the advice of her physician, a pregnant team member will be permitted to transfer to a less strenuous or hazardous position for the duration of her pregnancy. The Company, however, is not required to create additional positions which it would not otherwise have created, or to discharge any team member, transfer any team member with more seniority, or promote any team member who is not qualified to perform the job in an effort to accommodate a pregnant team member.

### *Bone Marrow Donation Leave*

The Company provides up to forty hours of paid leave to eligible team members who seek to undergo a medical procedure to donate bone marrow. Any team member who works for the Company for an average of twenty (20) or more hours per week is eligible for leave under this policy. The combined length of the leaves may not exceed forty work hours, unless agreed to by the Company. The Company requires verification by a physician of the purpose and length of each leave requested by the team member to donate bone marrow. If there is a medical determination that the team member does not qualify as a bone marrow donor, the paid leave of absence granted to the team member prior to that medical determination shall not be forfeited.

<u>This is not an employment contract and does not alter your at-will employment status.</u>

DEF 000470



### *Supplement to Substance Abuse and Drug Testing Policies*

Any team member, confirmed positive, upon written request, shall have the right of access within seven working days to records relating to the team member's drug tests and any records relating to the results of any relevant certification, review, or suspension/revocation-of-certification proceedings.   No mandatory or discretionary employment consequences will be rendered to an individual as a result of an on-site drug test.

DEF 000471



## MICHIGAN ADDENDUM TO CLINICIAN HANDBOOK

The following policies supplement the policies contained in the Ob Hospitalist Group Hospitalist Handbook and are specific to team members in the state of Michigan. Where this addendum and the handbook conflict, this addendum states the Company's policy.

The contents of this addendum are guidelines only. Neither this addendum nor any other Company guideline, policy, or practice creates an employment contract. The Company reserves the right to change, correct, modify, or revoke this addendum or any of its terms at any time with or without notice. Nothing in this addendum alters the at-will nature of the employment relationship. Although other terms, conditions and benefits of employment with the Company may change from time to time, the at-will nature of employment with the Company is one aspect of the employment relationship that cannot be changed by any oral statement or alleged oral statement. It can only be changed pursuant to a written agreement covering employment status signed by a Company representative with actual express authority to enter into such an agreement.

### *Equal Employment Opportunity, Discrimination, and Harassment* In addition to the
characteristics set forth in the Hospitalist Handbook, the Company will not tolerate any form of unlawful discrimination or harassment on the basis of a team member's height, weight, or familial status.

### *Disability Accommodation*
Pursuant to the Michigan Persons with Disabilities Civil Rights Act, team members working in Michigan who seek a disability accommodation must submit a written request for accommodation within 182 days of the date the team member knows or should know that such accommodation is needed.

### *Social Security Number Privacy Policy*
In order to properly secure and protect team member Social Security number and identification information, the Company holds all team members who use or have access to any other team member's Social Security number and information to the highest degree of confidentiality.

All documents and records containing Social Security numbers and information are kept in a secure environment with need-to-know access by authorized personnel only. No team member is permitted to access or use Social Security numbers without express permission of the Company. Social Security numbers will be used only for legitimate business purposes and will not be unlawfully disclosed.

Documents containing social security numbers or other confidential information will be properly destroyed through shredding or other means before disposal.

Any team member or individual who accesses Social Security data without authorization or for illegal purposes, or otherwise violates this policy, may be disciplined up to and including termination. Such individuals may additionally be referred to authorities for possible criminal prosecution.

**This is not an employment contract and does not alter your at-will employment status.**

DEF 000472



### *Military/Service Member Leave*

If the team member provides advance notice of the need for leave, the Company will grant the team member unpaid leave leave to participate in military service or to report for induction or pre-induction examinations.

For military leaves of 1 to 180 days, the team member will be re-employed if the team member applies within 45 days following release from service.

For military leaves over 180 days, the team member will be re-employed if the team member applies within 90 days following release from service.

A team member is not entitled to re-employment rights if he/she was terminated from military service with other than an honorable discharge.

If the leave was for 1-90 days, the team member must be placed in a position he/she would have been in but for the leave.  If the leave is for 91 days or more, and reasonable efforts to help the team member qualify for the position have failed, the Company may put the team member in the nearest approximately to the position he/she would have been in but for the leave.  If the leave is for more than 5 years, the Company has no obligation to re-employee the team member unless applicable law requires otherwise.



## MISSISSIPPI ADDENDUM TO CLINICIAN HANDBOOK

The following policies supplement the policies contained in the Ob Hospitalist Group Hospitalist Handbook and are specific to team members in the state of Mississippi.  Where this addendum and the handbook conflict, this addendum states the Company's policy.

The contents of this addendum are guidelines only.  Neither this addendum nor any other Company guideline, policy, or practice creates an employment contract.  The Company reserves the right to change, correct, modify, or revoke this addendum or any of its terms at any time with or without notice.  Nothing in this addendum alters the at-will nature of the employment relationship.  Although other terms, conditions and benefits of employment with the Company may change from time to time, the at-will nature of employment with the Company is one aspect of the employment relationship that cannot be changed by any oral statement or alleged oral statement.  It can only be changed pursuant to a written agreement covering employment status signed by a Company representative with actual express authority to enter into such an agreement.

### *Firearms*

Subject to Mississippi Code Ann. § 97-37-1 *et seq.*, team members are not prohibited from storing or transporting firearms in their own locked vehicles in Company parking areas unless storing or transporting firearms on the Company's premises is prohibited by other federal or state law.

Regardless of the above language, no team member may store or transport firearms in vehicles owned or leased by the Company and used by the team member as part of his or her job duties.  Additionally, team members may not carry firearms in their own private vehicles in Company parking areas if the public is restricted from entering such parking areas.

### *Lactation Accommodations*

The Company will not prevent a team member from expressing breast milk during any meal, rest, or other authorized break period.

### *Military Leave*

Pursuant to Mississippi law, members of the Mississippi National Guard are entitled to the same leave for purposes of active state duty, state training duty, or any other authorized military duty as is provided under federal law.

DEF 000474



## MISSOURI ADDENDUM TO CLINICIAN HANDBOOK

The following policies supplement the policies contained in the Ob Hospitalist Group Hospitalist Handbook and are specific to team members in the state of Missouri.  Where this addendum and the handbook conflict, this addendum states the Company's policy.

The contents of this addendum are guidelines only.  Neither this addendum nor any other Company guideline, policy, or practice creates an employment contract.  The Company reserves the right to change, correct, modify, or revoke this addendum or any of its terms at any time with or without notice.  Nothing in this addendum alters the at-will nature of the employment relationship.  Although other terms, conditions and benefits of employment with the Company may change from time to time, the at-will nature of employment with the Company is one aspect of the employment relationship that cannot be changed by any oral statement or alleged oral statement.  It can only be changed pursuant to a written agreement covering employment status signed by a Company representative with actual express authority to enter into such an agreement.

### Election Leave

Team members are entitled to a three-hour paid leave in which to vote, if three consecutive non-work hours are not available between the opening and closing of the polls.

### Emergency Response Leave

Team members who are members of a volunteer firefighting company, Missouri-1 Disaster Medical Assistance Team, Missouri Task Force One, Urban Search and Rescue Team, or who are activated to a national disaster by the Federal Emergency Management Agency, are permitted to take unpaid leave to respond to emergencies.  Such team members must make reasonable efforts to notify the Company of the need to be absent or late, and the Company may request a written statement from the leader of the emergency response organization verifying the nature, date, and time of the emergency.

### Civil Air Patrol Leave

Team members who are, or may become, a member of the civil air patrol and who have qualified for a civil air patrol emergency service specialty, and team members who are certified to fly counter narcotics missions, are permitted to take up to 15 working days per calendar year of unpaid leave to perform civil air patrol service. There are no limits on the length of civil air patrol leave when responding to a state or nationally declared emergency.

### Witness and Crime Victim Leave

Team members who are witnesses, victims, or immediate family members of victims may take unpaid leave to honor a subpoena to testify in a criminal proceeding, attend a criminal proceeding, or participate in the preparation of a criminal proceeding.

DEF 000475



## NEBRASKA ADDENDUM TO CLINICIAN HANDBOOK

The following policies supplement the policies contained in the Ob Hospitalist Group Hospitalist Handbook and are specific to team members in the state of Nebraska. Where this addendum and the handbook conflict, this addendum states the Company's policy.

The contents of this addendum are guidelines only. Neither this addendum nor any other Company guideline, policy, or practice creates an employment contract. The Company reserves the right to change, correct, modify, or revoke this addendum or any of its terms at any time with or without notice. Nothing in this addendum alters the at-will nature of the employment relationship. Although other terms, conditions and benefits of employment with the Company may change from time to time, the at-will nature of employment with the Company is one aspect of the employment relationship that cannot be changed by any oral statement or alleged oral statement. It can only be changed pursuant to a written agreement covering employment status signed by a Company representative with actual express authority to enter into such an agreement.

### *Drug and Alcohol Testing*

A positive finding of drugs by preliminary screening procedures will be confirmed by gas chromatography-mass spectrometry or other scientific testing technique which has been or may be approved by the state.

A positive blood alcohol test will be confirmed by either gas chromatography with a flame ionization detector or some other approved scientific testing technique, or a breath-testing device operated by a breath-testing device operator.

Any team member subjected to breath-testing for alcohol may immediately request further confirmation of any breath-test results by blood testing, if the team member voluntarily gives a blood sample taken by qualified medical personnel in accordance with health department rules and regulations.

All specimens that produce a positive test result, except for breath-test specimens, will be refrigerated and preserved in a sufficient quantity for retesting for at least 180 days.

All confirmatory tests will be performed at a location in accordance with applicable law.

Any team member who (1) refuses the lawful directive of the Company to submit to a drug test, (2) provides, acquires, or uses bodily fluids for the purpose of altering the results of any test to determine the presence of drugs or alcohol, or (3) tampers with, or aids or assists another in tampering with body fluids for the purpose of altering the results of any test to determine the presence of drugs or alcohol, may be subject to disciplinary or administrative action by the Company, including denial of continued employment.



### Family Military Leave

The Company will provide up to 30 days of unpaid family military leave to eligible team members.

An eligible team member is entitled to family military leave if the team member: (1) has been employed by the Company for at least 12 months; (2) has been employed for at least 1,250 hours of service during the 12-month period immediately preceding the commencement of the leave; and (3) is the spouse or parent of a person called to military service lasting 179 days or longer.

A team member taking family military leave that will consist of 5 or more consecutive work days must provide the Company with at least 14 days' notice of the intended date upon which the leave will commence.  Team members taking family military leave for less than 5 consecutive days must give the Company advance notice as is practicable. The team member should consult with the Company to schedule the leave to avoid undue disruption of the Company's operations.

Qualifying leave periods under the Federal Family Medical Leave Act (FMLA) and those of the Family Military Leave Act of Nebraska for the same reasons will run concurrently.

### Paid Jury Leave

The Company will compensate team members at their regular rate of pay during any absence for jury duty, except that the Company may deduct from the team member's regular wages any amount paid by the court to the team member as jury pay.

### State or Local Military Service

In addition to any rights to leave under USERRA, the Company will grant team members who work 120 hours or more in 3 consecutive weeks up to 120 hours of leave for state or local military service each year. For team members working less than 120 hours in 3 consecutive weeks, the Company will grant leave for state or local military service equal to the number of hours they work or are scheduled to work, whichever is greater, in 3 consecutive weeks.

A team member who has been on military leave will be reinstated to his/her former position, or to a position with equivalent seniority, status, and pay.



# NEW JERSEY ADDENDUM TO CLINICIAN HANDBOOK

The following policies supplement the policies contained in the Ob Hospitalist Group Hospitalist Handbook and are specific to team members in the state of New Jersey. Where this addendum and the handbook conflict, this addendum states the Company's policy.

The contents of this addendum are guidelines only. Neither this addendum nor any other Company guideline, policy, or practice creates an employment contract. The Company reserves the right to change, correct, modify, or revoke this addendum or any of its terms at any time with or without notice. Nothing in this addendum alters the at-will nature of the employment relationship. Although other terms, conditions and benefits of employment with the Company may change from time to time, the at-will nature of employment with the Company is one aspect of the employment relationship that cannot be changed by any oral statement or alleged oral statement. It can only be changed pursuant to a written agreement covering employment status signed by a Company representative with actual express authority to enter into such an agreement.

### *Whistleblower Protection*

In accordance with the New Jersey Conscientious Employee Protection Act ("CEPA"), the Company prohibits retaliatory action against any team member who does of any of the following:

a) Discloses, or threatens to disclose to a supervisor or to a public body, an activity, policy or practice of the Company or another employer, with whom there is a business relationship, that the team member reasonably believes is in violation of a law, or a rule or regulation issued under the law, or, in the case of a team member who is a licensed or certified health care professional, reasonably believes constitutes improper quality of patient care;

b) Provides information to or testifies before any public body conducting an investigation, hearing or inquiry into any violation of law, or a rule or regulation issued under the law by the Company or another employer, with whom there is a business relationship, or in the case of a team member who is a licensed or certified health care professional, provides information to, or testifies before, any public body conducting an investigation, hearing or inquiry into quality of patient care;

c) Provides information involving deception of or misrepresentation to any shareholder, investor, client, patient, customer, team member, former team member, retiree or pensioner of the Company or any governmental entity;

d) Provides information regarding any perceived criminal or fraudulent activity, policy or practice of deception or misrepresentation which the team member reasonably believes may defraud any shareholder, investor, client, patient, customer, team member, former team member, retiree or pensioner of the Company or any governmental entity;

e) Objects to, or refuses to participate in, any activity, policy or practice which the team member reasonably believes:

**This is not an employment contract and does not alter your at-will employment status.**

DEF 000478



1. is in violation of a law, or a rule or regulation issued under the law or, if the team member is a licensed or certified health care professional, constitutes improper quality of patient care;

2. is fraudulent or criminal; or

3. is incompatible with a clear mandate of public policy concerning the public health, safety or welfare or protection of the environment.

Please note that the protection against retaliation, when a disclosure is made to a public body, does not apply unless the team member has brought the activity, policy or practice to the attention of leadership by written notice and given the Company a reasonable opportunity to correct the activity, policy or practice. However, prior notice to leadership is not required where the team member reasonably believes that the activity, policy or practice is known to one or more members of leadership in the Company or where the team member fears physical harm as a result of the disclosure, provided that the situation is an emergency in nature.

The written notice required by this policy must be directed to the Physician Engagement Team. In addition, team members are encouraged to provide the Company with written notice of any conduct which they reasonably believe violates this policy so that the Company may review the situation and have a reasonable opportunity to correct the activity, policy or practice as is deemed necessary or appropriate by the Company.

### *New Jersey Family Leave Act Policy (NJFLA)*

In addition to leave permitted under the Family and Medical Leave Act ("FMLA"), team members in New Jersey may be entitled up to 12 weeks of unpaid leave in a 24-month period under the New Jersey Family Leave Act (NJFLA).

<u>Eligibility</u>

To be eligible for NJFLA leave, a team member must have been employed in New Jersey for at least 12 months, must have worked at least 1000 hours in the 12 months period immediately preceding the leave, and must work at a location with at least 50 employees.

<u>Leave Entitlement</u>

An eligible team member is generally entitled to 12 workweeks of unpaid leave in a 24-month period for the following reasons:

1. To care for a family member with a serious health condition; or
2. To care for a newborn or newly adopted child.

NJFLA leave taken to care for a new born or newly adopted child must be <u>commenced</u> (not completed) within 12 months of the birth or adoption.

<u>NJFLA Definitions</u>

**<u>This is not an employment contract and does not alter your at-will employment status.</u>**
**<u>Page 80 of 95</u>**

DEF 000479



Definitions under the NJFLA are generally the same as under the Family and Medical Leave Act (FMLA) except:

- "Child" under the NJFLA means a biological, adopted, or resource family child, stepchild, legal ward, or child of a parent who is 18 years of age (or over 18 but incapable of self-care because of a mental or physical impairment);

- "Parent" under the NJFLA means a person who is the biological parent, adoptive parent, resource family parent, step-parent, parent-in-law or legal guardian, having a "parent-child relationship" with a child as defined by law, or having sole or joint legal or physical custody, care, guardianship, or visitation with a child; and

- "Family member" under the NJFLA means a child, parent, spouse, or one partner in a civil union couple.

Coordinating FMLA and NJFLA leave

In some cases a team members' leave entitlements under the FMLA and the NJFLA run concurrently and in some cases they do not, depending upon the type of leave taken. For example:

- When a team member takes a type of leave that is available **only** under the FMLA (for example, leave due to a team member's own serious health condition, Military Caregiver Leave or Active Duty Leave), the leave will only reduce the team member's leave entitlements under the FMLA, and will not reduce the team member's leave entitlements under the NJFLA. Thus, for example, if a team member takes 12 weeks of leave due to his/her own serious health condition (a type of leave available only under the FMLA), the team member will still be entitled to 12 weeks of leave for purposes allowed under the NJFLA during the same 12 month period.

- When a team member takes a type of leave that is available **only** under the NJFLA (for example, leave to care for a civil union partner or a parent in law with a serious health condition), the leave will only reduce the team member's leave entitlements under the NJFLA, and will not reduce the team member's leave entitlements under the FMLA. Thus, for example, if a team member takes 12 weeks of leave to care for a civil union partner (a type of leave available only under the NJFLA), the team member will still be entitled to 12 weeks of leave for purposes allowed under the FMLA during the same 12 month period.

- However, when a team member takes a type of leave that is available under **both** the FMLA and the NJFLA (for example, leave following the birth of a child or leave to care for a spouse with a serious health condition) the leave will run concurrently, meaning the leave taken will reduce the team member's leave entitlement under both laws simultaneously. Thus, for example, if a team member takes 12 weeks of leave to care for a spouse with a serious health condition (a type of leave available under both the FMLA

**This is not an employment contract and does not alter your at-will employment status.**

DEF 000480



and the NJFLA), the team member will have no additional leave rights during the same 12 month period.

<u>Intermittent/Reduced Schedule Leave</u>

NJFLA leave may be taken on a continuous basis and, under certain circumstances, on an intermittent or reduced work schedule basis.

A team member is entitled to take NJFLA leave on an intermittent or reduced work schedule basis when certified as medically necessary by a health care provider. When leave is for the planned medical treatment of a serious health condition, the team member and the Company will attempt to arrange a schedule for such leave that meets the team member's needs and the Company's needs without unduly disrupting the operations of the Company, subject to approval of the health care provider.

A team member is entitled to take leave in connection with the birth or placement of a child through adoption on an intermittent or reduced work schedule basis only with the approval of the Company. Requests for intermittent/reduced work schedule leave in such cases will be considered at the discretion of the Company based on its needs in the department or job which would be affected by such a request.

NJFLA leave taken on an intermittent basis must be completed in a 12 consecutive month period. NJFLA leave taken on a reduced schedule basis must be completed in a 24 consecutive week period.

<u>Requesting and Scheduling Leave</u>

If the need for leave is foreseeable – based upon an expected birth, placement for adoption or planned medical treatment for a family member's serious health condition – team members must provide the Company with notice no later than 30 days prior to the commencement of the leave, except where emergent circumstances warrant shorter notice. If 30 days' notice is not practical, for example due to a lack of knowledge of approximately when the leave will be required to begin or a change in circumstances, a team member must give notice as soon as possible and practical under the circumstances.

Team members requesting family leave under the NJFLA must complete a written Leave Request Form. If circumstances prevent a team member from providing written notice initially, such as when the need for leave is unforeseeable due to a medical emergency, the team member must provide verbal notice as soon as possible and practical. In the event that a team member provides verbal rather than written notice, the team member must then provide written notice as soon as possible.

Even in the absence of a request for family leave, the Company will designate leave taken for reasons that qualify as family leave as approved NJFLA leave and charge the leave taken against the team member's NJFLA leave entitlement.



A team member requesting a leave for planned medical treatment for a serious health condition of a family member must consult with the Company and make a reasonable effort to schedule the treatment so as not to disrupt unduly the operations of the Company, subject to approval of the health care provider. (See also Intermittent/Reduced Schedule Leave Section).

Required Certifications

At the time a team member requests family leave under the NJFLA, he/she will be requested to submit the appropriate certification (in some cases the Company's certification request may be made after the team member's leave request is made, such as in the case of an unforeseen leave).

Team members must return the required certification to Human Resources within 15 days after the requested leave, unless it is not practical under the circumstances. In such cases, team members must return the completed certification as soon as possible. If a team member fails to provide timely certification after being requested to do so, the leave request may be denied until the certification is provided.

If the certification submitted is incomplete or insufficient, the team member will be given written notification of the information needed and will have seven (7) days after receiving such written notice to provide the necessary information, unless it is not practical under the circumstances to do so. If a team member fails to provide the requested information, the leave request may be denied.

In cases where the Company does not agree with the assessment of a team member's family member's health care provider, it may require a second opinion from another health care provider at the Company's expense. In the case of a conflict between the first two opinions, the Company may require a third opinion by a health care provider jointly designated by it and the team member. The third opinion will be binding.

Job/Benefits Protection

- Job Restoration - An eligible team member who takes leave is entitled, upon return from leave, to be reinstated to his or her previous position of employment, or to an equivalent position with equal pay, benefits and other terms and conditions of employment. There are certain exceptions to this requirement, including in the case of layoffs that occur during leave affecting the employee's position and in the case of "key employees."

- Team members must notify the Company of their intention to return to work at least two weeks prior their return to work date. A team member who desires to return to work earlier than scheduled must give the Company at least seven (7) days prior notice of his/her intent.

- Maintenance of Benefits – The Company continues a team member's health care coverage during the period of the leave. Team members must continue to pay the monthly co-payment for benefits. In any period of time during the leave that a team member is receiving compensation from the Company, the team member's contributions will be made through normal payroll deductions.

**This is not an employment contract and does not alter your at-will employment status.**

DEF 000482



- If a team member fails to return after the leave, the Company may recover the actual costs of the health coverage, except if the basis for the failure to return is beyond the team member's control. The recovery process will be considered on an individual basis and will be up to the discretion of the Company.

- A team member who takes family leave is not entitled to the accrual of additional benefits or seniority that would have occurred during the period of leave.

<u>Compensation from the State – Temporary Disability Insurance Benefits</u>

A New Jersey team member who takes leave because of his/her own serious health condition (which may be available under the FMLA) may be eligible for Temporary Disability Insurance (TDI) benefits from the State. TDI benefits are intended to compensate employees for wage loss suffered as a result of a non-work related illness or injury. Team members who apply and qualify for TDI benefits are eligible to receive a weekly wage set by the State.

<u>Compensation from the State – FLI Benefits</u>

A New Jersey team member who takes leave to care for a new born child, a newly adopted child, or a family member with a serious health condition may be eligible for Family Leave Insurance (FLI) benefits from the State. FLI benefits are intended to compensate employees for wage loss suffered while taking these types of family leave. Team members who apply and qualify for FLI benefits are eligible to receive a weekly wage set by the State.

The following additional eligibility terms apply to FLI benefits:

- Team members may receive FLI benefits for a leave taken on a continuous basis. Team members may also receive FLI benefits if they are on an intermittent leave, only if they are caring for a family member with a serious health condition (when certified as medically necessary).

- FLI benefits are payable for up to 6 weeks during a 12-month period when leave is taken on a continuous basis or in intermittent weekly increments. FLI benefits are payable for up to 42 days during a 12-month period when leave is taken in intermittent daily increments.

- Team members must give the Company at least 30 days' notice prior to commencing leave to care for a new born child or a newly adopted child, unless the commencement time of the leave is unforeseeable.

- Team members must give the Company notice in a reasonable and practical manner prior to commencing leave to care for a family member with a serious health condition, unless an unforeseen emergency precludes prior notice. Team members intending to take such leave on an intermittent basis must give the Company at least 15 days prior notice, unless an unforeseen emergency precludes prior notice.

<u>**This is not an employment contract and does not alter your at-will employment status.**</u>

DEF 000483



- Team members may apply for FLI benefits from New Jersey by submitting a claim form to the state.

- Eligibility for FLI benefits is determined by the state of New Jersey, not the Company.

The FLI law does not create leave rights for team members. Leave rights for eligible team members are created under the FMLA and the NJFLA. The FLI is only a wage replacement law, which provides payments from the state when a team member takes leave to care for a new born child, a newly adopted child, or a family member with a serious health condition.

Team members who take leave to care for a new born child, a newly adopted child, or a family member with a serious health condition under the FMLA and/or the NJFLA are permitted to, not required to, apply for FLI benefits from New Jersey.

A team member may be eligible for FLI benefits from the state even if he/she is not eligible for family leave under the FMLA or the NJFLA.

The Company may require certification from a health care provider supporting the need for FLI.

### *Domestic Violence/Sexual Assault Victim Leave Policy*

Under the New Jersey Security and Financial Empowerment Act (SAFE Act), an eligible team member who (1) is a victim of an incident of domestic violence or sexual assault or (2) whose child, parent, spouse, domestic partner or civil union partner (hereinafter "Relative") is a victim of such an incident, is entitled to unpaid leave for various medical and legal purposes, as explained below. This policy is only a summary of a team member's rights under the SAFE Act. If there are any differences between the Act and the summary below, the Act will govern.

<u>Eligibility for Leave</u>

To be eligible for leave, a team member must have been employed by the Company for at least 12 months and must have worked at least 1,000 hours during the 12-month period immediately preceding the leave.

<u>Reasons for Leave</u>

An eligible team member may take leave for purposes of:

- Seeking medical attention for, or recovering from, physical or psychological injuries caused by domestic or sexual violence to the team member or the team member's relative;

- Obtaining services from a victim services organization for the team member or the team member's relative;

- Obtaining psychological or other counseling for the team member or the team member's relative;

---

<u>**This is not an employment contract and does not alter your at-will employment status.**</u>

DEF 000484



- Participating in safety planning, temporarily or permanently relocating, or taking other actions to increase the safety of the team member or the team member's relative from future domestic or sexual violence or to ensure economic security;

- Seeking legal assistance or remedies to ensure the health and safety of the team member or the team member's relative, including preparing for, or participating in, any civil or criminal legal proceeding related to or derived from domestic or sexual violence; or

- Attending, participating in, or preparing for a criminal or civil court proceeding relating to an incident of domestic or sexual violence of which the team member or the team member's relative was a victim.

<u>Amount of Leave</u>

Under the SAFE Act, an eligible team member is entitled to 20 days of unpaid leave during the 12-month period following an incident of domestic violence or sexual assault for any of the reasons stated above. An eligible team member is also entitled to 20 days of unpaid leave for any subsequent incidents of domestic violence or sexual assault, but no more than 20 days of leave may be taken during any 12-month period.

Leave may be taken intermittently in intervals of no less than a day.

<u>Coordination with Other Leave Laws</u>

If a team member requests leave for a reason that is covered by both the SAFE Act and the New Jersey Family Leave Act and/or the federal Family and Medical Leave Act, the leave will count simultaneously against the team member's entitlement under each respective law.

A team member who requests leave for a reason that is covered by both the SAFE Act and the New Jersey Family Leave Act may be eligible for Family Leave Insurance benefits from the state. A team member who requests leave for a reason that is covered by both the SAFE Act and the federal Family and Medical Leave Act may be eligible for Temporary Disability Insurance benefits from the state. See the NJFLA and the FMLA Policy for more details.

<u>Requesting and Scheduling Leave</u>

If the need for leave under this policy is foreseeable, a team member must provide the Company advance written notice of the need for leave. The notice must be provided to the Physician Engagement Team as far in advance as is reasonable and practical under the circumstances.

<u>Required Documentation</u>

A team member must submit documentation in support of his/her leave request. Any one of the following forms of documentation will be deemed sufficient:

- A domestic violence restraining order or other documentation of equitable relief issued by a court of competent jurisdiction;

<u>**This is not an employment contract and does not alter your at-will employment status.**</u>

DEF 000485



- A letter or other written documentation from the county or municipal prosecutor documenting the domestic violence or sexually violent offense;

- Documentation of the conviction of a person for the domestic violence or sexually violent offense;

- Medical documentation of the domestic violence or sexually violent offense;

- Certification from a certified Domestic Violence Specialist or the director of a designated domestic violence agency or Rape Crisis Center, that the team member or the team member's relative is a victim of domestic violence or a sexually violent offense; or

- Other documentation or certification of the domestic violence or sexually violent offense provided by a social worker, member of the clergy, shelter worker, or other professional who has assisted the team member or the team member's relative.

<u>Confidentiality</u>

The Company will maintain the confidentiality of any documentation provided by a team member in support of his/her leave request, and any information regarding a leave taken under this policy and, if applicable, the team member's failure to return to work, unless disclosure is voluntarily authorized in writing by the team member or is required by a federal or state law, rule, or regulation.

Team members are advised that any information they submit to the Company regarding their SAFE Act leave should be directed to the Physician Engagement Team.

<u>Discrimination and Retaliation Prohibited</u>

Discharging, harassing, or otherwise discriminating or retaliating against any team member for exercising his/her rights under the NJ SAFE Act is strictly prohibited. A team member who believes he/she has been subjected to any such improper conduct should immediately contact the Physician Engagement Team.

### *Paid Sick Leave Policy*

The following policy only applies to team members working in Bloomfield, Jersey City, Newark, East Orange, Irvington, Montclair, Passaic, Paterson, or Trenton. This policy provides a summary of rights under the local paid sick leave ordinances in these municipalities. Due to variations in each city's Ordinances, this policy is only intended to provide a summary of rights. If there is any deviation between this policy and the applicable Ordinance, the Ordinance will control.

Team members in Bloomfield, Jersey City, Newark, East Orange, Irvington, Montclair, Passaic, Paterson, and Trenton accrue one hour of paid sick time for every 30 hours actually worked with a maximum of 40 hours of sick time in a calendar year. No team member may use more than forty hours of paid sick time in a calendar year.

<u>**This is not an employment contract and does not alter your at-will employment status.**</u>

DEF 000486



Team members begin to accrue sick time on their first day of employment and are entitled to use any accrued sick time beginning on the 90th calendar day of their employment. Up to 40 hours of accrued but unused sick time will be carried over to the following calendar year.

Team members may use paid sick time for any of the following reasons:

- a team member's mental or physical illness, injury, or health condition; a team member's need for medical diagnosis, care, or treatment of a mental or physical illness, injury, or health condition; a team member's need for preventive medical care;

- care of a family member with a mental or physical illness, injury, or health condition; care of a family member who needs medical diagnosis, care or treatment of a mental or physical illness, injury, or health condition; care of a family member who needs preventive medical care;

- closure of the team member's place of business by order of a public official due to a public health emergency or a team member's need to care for a child whose school or place of care has been closed by order of a public office due to public health emergency, or care for a family member when it has been determined by the health authorities or by a health care provider that the family member's presence in the community would jeopardize the health of others because of the family member's exposure to a communicable disease, whether or not the family member has actually contracted the communicable disease.

Team members must provide at least seven days advance notice of their intent to use paid sick time when the need for paid sick time is foreseeable. If the need for paid sick time is not foreseeable, the team member must provide notice of the need to use sick time before the beginning of the team member's work shift or work day, or in cases of emergencies where advanced notice is not possible.

Any team member who has used paid sick time for three consecutive days must provide documentation that the time has been used for a permissible purpose.



## NEW YORK ADDENDUM TO CLINICIAN HANDBOOK

The following policies supplement the policies contained in the Ob Hospitalist Group Hospitalist Handbook and are specific to team members in the state of New York. Where this addendum and the handbook conflict, this addendum states the Company's policy.

The contents of this addendum are guidelines only. Neither this addendum nor any other Company guideline, policy, or practice creates an employment contract. The Company reserves the right to change, correct, modify, or revoke this addendum or any of its terms at any time with or without notice. Nothing in this addendum alters the at-will nature of the employment relationship. Although other terms, conditions and benefits of employment with the Company may change from time to time, the at-will nature of employment with the Company is one aspect of the employment relationship that cannot be changed by any oral statement or alleged oral statement. It can only be changed pursuant to a written agreement covering employment status signed by a Company representative with actual express authority to enter into such an agreement.

### *Blood Donation Leave*

Team members who work at least 20 hours per week are provided up to 3 hours of unpaid leave in each 12-month period to donate blood.

### *Bone Marrow Donation Leave*

Team members who work at least 20 hours per week are provided up to 24 hours of unpaid leave to undergo a medical procedure to donate bone marrow or to determine if the team member is a proper donor. The length of each leave will be determined by a physician, but may not exceed 24 work hours.

### *Voting Leave*

Team members who do not have sufficient time to vote outside their working hours will be allowed the necessary time off to vote at the beginning or the end of their shift. Up to 2 hours will be paid. No time off will be allowed in any election where the polls are open at least 4 consecutive hours before or after the team member's shift.

To be eligible for voting leave, a team member must request the leave at least 2 working days but not more than 10 working days before the day of the vote.

### *Crime Victim Leave*

The Company will grant unpaid leave in order for a team member who is the victim of a crime (or the immediate family member of a homicide victim) to appear in court as a witness at a criminal proceeding, consult with a district attorney, or obtain an order of protection. Team members are requested to give as much advance notice as possible of any such leave, and may be required to provide verification from the party who sought the attendance or testimony of the team member.

DEF 000488



### *Confidential Team Member Information*

The Company is required to keep all personal identifying information of all team members confidential. Personal identifying information includes Social Security numbers, addresses, telephone numbers, personal e-mail addresses, internet identification names or passwords, parent's surname prior to marriage, and drivers' license numbers. Specifically, team members must not:

- Publicly post or display a team member's Social Security number;
- Visibly print a Social Security number on any identification badge or card;
- Place a Social Security number in files with unrestricted access; or
- Communicate a team member's personal identifying information to the general public.

Team members must immediately report any violation of this policy to the Physician Engagement Team. If a violation of this policy occurs, the Company will notify the affected team member(s) in compliance with applicable law.

### *Meal Periods*

Team members are entitled to meal periods as follows:

- Team members who work a period or shift of more than 6 hours that extends over the "noonday meal period" (11 a.m. to 2 p.m.) are entitled to take a meal period of 30 minutes during the noonday meal period.
- Team members who work a period or shift starting before 11 a.m. and continuing later than 7 p.m. are entitled to take an additional meal period between 5 p.m. and 7 p.m.—20 minutes for exempt team members, and 30 minutes for non-exempt team members.
- Team members who work a period or shift of more than 6 hours starting between 1 p.m. and 6 a.m. are entitled to a meal period of 45 minutes at a time midway between the beginning and end of such period or shift.

Non-exempt team members will not receive pay for meal periods. During meal periods, team members are relieved of all duties and are free to leave the worksite. If for any reason a team member is not freed of all duties or allowed to leave the worksite by the Company during a meal period, or is otherwise not permitted to take a meal period, the team member must advise their Team Lead or the Physician Engagement Team in writing within the same or next payroll period.



# NORTH CAROLINA ADDENDUM TO CLINICIAN HANDBOOK

The following policies supplement the policies contained in the Ob Hospitalist Group Hospitalist Handbook and are specific to team members in the state of North Carolina.   Where this addendum and the handbook conflict, this addendum states the Company's policy.

The contents of this addendum are guidelines only.   Neither this addendum nor any other Company guideline, policy, or practice creates an employment contract. The Company reserves the right to change, correct, modify, or revoke this addendum or any of its terms at any time with or without notice.   Nothing in this addendum alters the at-will nature of the employment relationship.   Although other terms, conditions and benefits of employment with the Company may change from time to time, the at-will nature of employment with the Company is one aspect of the employment relationship that cannot be changed by any oral statement or alleged oral statement.   It can only be changed pursuant to a written agreement covering employment status signed by a Company representative with actual express authority to enter into such an agreement.

### *School Leave*

Any team member who is a parent, guardian, or person acting in the place of a parent of a school-aged child is eligible to take school leave of up to 4 hours per year so that the team member may attend or otherwise be involved at that child's school.   "School" includes (a) a public school; (b) a private church school, church of religious charter, or nonpublic school that regularly provides a course of grade school instruction; (c) a preschool; or (d) a child care facility that regularly provides day care for more than five children under the age of 13 (not including the operator's own children) at least once a week for more than 4 hours but less than 24 hours a day.   In order for school leave to be authorized, a team member must provide his or her Team Lead with as much notice as possible before the time desired for the leave.   Upon return from school leave, a team member may be required to provide the Company with written verification from the child's school that the team member attended or otherwise were involved at that school during the time of the leave.

School leave must be taken at a time mutually agreed upon between the team member and Team Lead.   Time away from work for school leave will be without pay, unless applicable law requires otherwise.



# TENNESSEE ADDENDUM TO CLINICIAN HANDBOOK

The following policies supplement the policies contained in the Ob Hospitalist Group Hospitalist Handbook and are specific to team members in the state of Tennessee. Where this addendum and the handbook conflict, this addendum states the Company's policy.

The contents of this addendum are guidelines only. Neither this addendum nor any other Company guideline, policy, or practice creates an employment contract. The Company reserves the right to change, correct, modify, or revoke this addendum or any of its terms at any time with or without notice. Nothing in this addendum alters the at-will nature of the employment relationship. Although other terms, conditions and benefits of employment with the Company may change from time to time, the at-will nature of employment with the Company is one aspect of the employment relationship that cannot be changed by any oral statement or alleged oral statement. It can only be changed pursuant to a written agreement covering employment status signed by a Company representative with actual express authority to enter into such an agreement.

### *Adoption, Pregnancy, Childbirth, Nursing and Infant Leave*

Team members who have been employed for at least twelve (12) consecutive months in a full-time capacity are entitled to up to four (4) months of unpaid leave for adoption, pregnancy, childbirth, and nursing an infant, where applicable. With regard to adoption, the four-month period shall begin at the time a team member receives custody of the child.

Team members who give at least three (3) months' advance notice of their anticipated date of departure for such leave, their length of leave, and their intention to return to full-time employment after leave, shall be restored to their previous or similar positions with the same status, pay, length of service credit and seniority, wherever applicable, as of the date of their leave. Such leave shall not affect the team member's right to receive vacation time, sick leave, bonuses, advancement, seniority, length of service credit, benefits, plans or programs for which the team member was eligible at the date of his or her leave, and any other benefits or rights of employment incident to the team member's employment position; provided, that the Company need not provide for the cost of any benefits, plans or programs during the period of such leave, unless the Company so provides for all team members on leaves of absence.

If the Company determines that the team member has utilized the period of leave to actively pursue other employment opportunities or finds that the team member has worked part time or full time for another employer during the period of leave, the team member may not be reinstated.

### *Election Day Voting*

Team members are entitled to up to three hours of paid leave for the purpose of voting on election days, unless the team member's shift begins three hours or more after the polling place opens or ends three or more hours before the polling place closes. Team members desiring to take this leave must notify their Team Lead before noon on the day before the election. The Company may designate the hours that a team member may be absent.

**This is not an employment contract and does not alter your at-will employment status.**

DEF 000491



### *Lawful Storage of Handguns*

The Company prohibits weapons in the workplace. This prohibition does not extend to team members with valid Tennessee handgun permits who store their handguns in their personal vehicles consistent with Tennessee law.

### *Jury Duty*

Any team member who is called to serve on jury duty will be paid his/her hours scheduled, but not worked, as a result of time on jury duty. The team member will be responsible for providing evidence to confirm the number of days actually served. While serving on jury duty, the team member is expected to return to work if released early from court. Any compensation received by the team member for jury service may reduce the compensation from the Company in a corresponding amount.

### *Meal Breaks*

Tennessee team members are entitled to a 30-minute unpaid break for meals if they work six or more consecutive hours. Such breaks will not be scheduled during or before the team member's first two hours of scheduled work activity.

**This is not an employment contract and does not alter your at-will employment status.**

DEF 000492



# VIRGINIA ADDENDUM TO CLINICIAN HANDBOOK

The following policies supplement the policies contained in the Ob Hospitalist Group Hospitalist Handbook and are specific to team members in the state of Virginia. Where this addendum and the handbook conflict, this addendum states the Company's policy.

The contents of this addendum are guidelines only. Neither this addendum nor any other Company guideline, policy, or practice creates an employment contract. The Company reserves the right to change, correct, modify, or revoke this addendum or any of its terms at any time with or without notice. Nothing in this addendum alters the at-will nature of the employment relationship. Although other terms, conditions and benefits of employment with the Company may change from time to time, the at-will nature of employment with the Company is one aspect of the employment relationship that cannot be changed by any oral statement or alleged oral statement. It can only be changed pursuant to a written agreement covering employment status signed by a Company representative with actual express authority to enter into such an agreement.

### Election Officers and Jury Duty

Team members who serve as election officers for more than four hours in a given day, or who are summoned and appear for more than four hours of jury duty in a given day, including travel time, will not be required to work a shift beginning at or after 5:00 p.m. on the day of the appearance, or before 3:00 a.m. on the following day. Team members must provide appropriate certification of the need for leave.

### Crime Witness and Victim Leave

Victims and witnesses of crimes are eligible to take time off for court appearances. A crime victim is an individual who has suffered physical, psychological, or economic harm as the result of a felony, assault and battery, stalking, sexual battery, maiming, or driving while intoxicated; a spouse or child of a victim; a parent or legal guardian of a minor victim; or a spouse, parent, sibling or legal guardian of a victim who is physically or mentally incapacitated or a homicide victim. Criminal defendants are not eligible for this leave.

### Military Leave

Members of the Virginia National Guard, Virginia State Defense Force, or state naval militia who are called to duty are entitled to leave without pay, albeit with continued benefits, during those periods of active service. They will not be required to use paid time off during those periods of leave.

Upon honorable release from state active duty, members of the Virginia National Guard, Virginia State Defense Force, or naval militia, must apply in writing for reemployment, within: (a) 14 days of their release from duty or from hospitalization following release if the length of absence because of service in the uniformed services does not exceed 180 days; or (b) 90 days of release from duty or from hospitalization following release if the length of the absence exceeds 180 days. Eligible team members will be restored to the positions they held when ordered to duty. If the position has been abolished or otherwise has ceased to exist, the team member will be restored to a position of like seniority, status, and pay, if the position exists, or to a



comparable vacant position for which he or she is qualified, unless to do so would be unreasonable. This provision does not apply when the cumulative length of the team member's absences by reason of service in the uniformed services exceeds five years.

DEF 000494